UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| VASYL MICHAEL HARIK, ) | |
| P.O. Box 5606 ) | |
| Newark, DE 19714-5606, ) | |
| ) | |
|       Plaintiff, ) | Civil Action No.:  05-1390 RMC |
| ) | |
|   v. ) | |
| ) | |
| NATIONAL AERONAUTICS AND SPACE ) | |
|     ADMINISTRATION, ) | |
| 300 E Street, S.W., ) | |
| Washington, DC 20546, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

**PRAECIPE**

    The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Alan Burch as counsel for defendant in the above-captioned case.


_____
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing Praecipe was served upon *pro se* plaintiff by depositing a copy

of it in the U.S. Mail, first class postage prepaid, addressed to:

VASYL MICHAEL HARIK
P.O. Box 5606
Newark, DE 19714-5606

on this 30th day of August 2005.


_____

ALAN BURCH
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov