UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VASYL MICHAEL HARIK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL AERONAUTICS AND SPACE )<br>ADMINISTRATION, )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-1390 (RMC) |

**DEFENDANT'S FIRST MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, the National Aeronautics and Space Administration, respectfully moves, pursuant to Rule 6(b)(1), for two additional weeks to file an answer or otherwise respond to the complaint in this case. This case involves allegations of employment discrimination under Title VII. The United States Attorney's Office was served with a copy of the complaint on August 1, 2005, and therefore the current deadline for filing an answer is September 30, 2005. Defendant requests a new deadline of October 14, 2005.

The extension is necessary because the undersigned has been and continues to be backed up on several cases before the D.C. Circuit. In addition to the upcoming religious and federal holidays in the first half of October, the undersigned also has a brief trip to New York City, such that what would otherwise require only one additional week now seems destined to require two weeks.

Although Local Rule 7(m) does not require the undersigned to confer with the *pro se* plaintiff regarding this motion, the undersigned did attempt to call him this morning but the

phone message has gone unreturned. Plaintiff will not be prejudiced by this extension.

    A proposed order is attached.

September 27, 2005                                    Respectfully submitted,

                                                      KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                                      United States Attorney

                                                      _____

                                                      ALAN BURCH, D.C. Bar # 470655
                                                      Assistant United States Attorney
                                                      555 4th St., N.W.
                                                      Washington, D.C. 20530
                                                      (202) 514-7204
                                                      alan.burch@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing Defendant's First Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint was served upon *pro se* plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

VASYL MICHAEL HARIK
P.O. Box 5606
Newark, DE 19714-5606

on this 27th day of September, 2005.

_____
ALAN BURCH
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov