UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VASYL MICHAEL HARIK,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,<br><br>    Defendant. | )<br>)<br>)<br>)   Civil Action No.: 05-1390 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of Defendant's First Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that Defendant shall file an answer or otherwise respond to the complaint on or before October 14, 2005.

So ordered, this _____ day of September, 2005.

_____
ROSEMARY M. COLLYER
United States District Judge