# AWARD/CONTRACT

| | |
|---|---|
| 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING: C9 |

PAGE OF PAGE(S): 1 / 71
MB APPROVAL #: 2700-0042

| 2. CONTRACT NO. (Proc. Inst. Ident.) NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. |
|---|---|---|
| NAS1-00135 | 01/01/2001 | RB.0002 |

**5. ISSUED BY:** CODE

National Aeronautics and Space Administration
Langley Research Center
Hampton, VA 23681-2199

**6. ADMINISTERED BY** (If other than Item 5) CODE

**7. NAME AND ADDRESS OF CONTRACTOR** (No., street, city, county, State and ZIP code)

Swales and Associates, Inc
5050 Powder Mill Road
Beltsville, MD 20705

**8. DELIVERY**
☐ FOB ORIGIN   ☒ OTHER (See below)

**9. DISCOUNT FOR PROMPT PAYMENT**
None

**10. SUBMIT INVOICES** (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN:
ITEM G.2

CODE | FACILITY CODE

**11. SHIP TO/MARK FOR** CODE
See F.2

**12. PAYMENT WILL BE MADE BY:** CODE
Financial Management Division, M/S 175
NASA, Langley Research Center
Hampton, VA 23681-2199

**13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION**
☒ 10 U.S.C. 2304(b) (2)   ☐ 41 U.S.C. 253(c) ( )

**14. ACCOUNTING AND APPROPRIATION DATA**
See Attached Page 1a

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QTY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | Langley Research Center and Other NASA Centers – Systems Analysis and Mission Support (SAMS) | | | Minimum | $1,000,000 |
| | | | | Maximum | $240,000,000 |
| | | | | 15G. TOTAL AMOUNT OF CONTRACT ▶ | $240,000,000 |

**16. TABLE OF CONTENTS**

| (√) | SEC. | DESCRIPTION | PAGE(S) | (√) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I – THE SCHEDULE | | | | PART II – CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 29 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III – LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | C | DESCRIPTIONS/SPECS./WORK STATEMENTS | 3 | X | J | LIST OF ATTACHMENTS | 41 |
| X | D | PACKAGING AND MARKING | N/A | | | PART IV – REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 10 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | N/A |
| X | F | DELIVERIES OR PERFORMANCE | 11 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | N/A |
| X | G | CONTRACT ADMINISTRATION DATA | 12 | | M | EVALUATION FACTORS FOR AWARD | N/A |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 26 | | | | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

**17.** ☒ **CONTRACTOR'S NEGOTIATED AGREEMENT** (Contractor is required to sign this document and return 3 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents (s) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

**18.** ☐ **AWARD** (Contractor is not required to sign this document.) Your offer on Solicitation Number _____, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

Swales & Associates, Inc

| 19A. NAME AND TITLE OF SIGNER (Type or print) | 20A. NAME OF CONTRACTING OFFICER |
|---|---|
| THOMAS L. WILSON, SR VICE PRES | ROSEMARY C. FROEHLICH |

| 19B. NAME OF CONTRACTOR | 19C. DATE SIGNED | 20B. UNITED STATES OF AMERICA | 20C. DATE SIGNED |
|---|---|---|---|
| BY /s/ Wilson (Signature of person authorized to sign) | 11-01-00 | BY /s/ Rosemary C. Froehlich (Signature of Contracting Officer) | 11-3-00 |

NSN 7540-01-152-8070    PREVIOUS EDITION UNUSABLE    STANDARD FORM 26 (REV. 4-85)
Prescribed By GSA FAR (48 CFR) 53.214(a)

## C.1    STATEMENT OF WORK -- SYSTEMS ANALYSIS AND MISSION SUPPORT CONTRACT (SAMS)

### 1.0    Purpose

This statement of work defines the requirement for research, engineering and technical support necessary to assist the NASA Langley Research Center and other NASA Centers in fulfilling its mission. These requirements include, but are not limited to, technical support in the functional areas of Aerodynamics, Aerothermodynamics, and Acoustics; Structures and Materials; Aerospace Systems and Concepts; Airborne Systems; and Systems Engineering.

### 2.0    Scope

The Contractor shall provide support to the Langley Research Center aeronautic and aerospace research programs, earth and space science programs, and engineering activities. The work to be performed will be defined in performance based Task Orders issued by the Contracting Officer. Some of these tasks will be classified (up to and including Top Secret). The scope and diversity of these Task Orders will encompass the broad scope of the mission and responsibilities of the Langley Research Center's research and technology programs. The general categories of work to be performed under the task orders are outlined below.

### 3.0    Systems Analysis and Technology Integration Studies

3.1    Aeronautics Systems Analysis - The Contractor shall conduct systems analysis and technology integration and conceptual design studies for advanced civil and advanced military aircraft. Both advanced conventional aircraft configurations and unconventional aircraft concepts will be studied. The Contractor shall conduct conceptual design studies to identify potential benefits of advanced aircraft technologies, components and subsystems, and the Contractor shall evaluate the impact and interaction of key technologies on the survivability of advanced military aircraft. The Contractor shall also conduct system studies to evaluate the potential impact of technology on the safety and capacity of the national air transportation system. The output of these various studies will help NASA evaluate the technical content of current and proposed research programs towards meeting agency and national goals.

3.1.1    Subsonic and Supersonic Civil Aircraft - The Contractor shall conduct systems analysis and technology integration and conceptual design studies pertaining to large subsonic and supersonic passenger and cargo transports and for general aviation and personal aircraft concepts. Both conventional aircraft configurations and advanced aircraft concepts will be evaluated. The Contractor shall conduct aircraft mission and economic analyses using state-of-the-art aircraft sizing codes and economic analysis tools. Supersonic transport studies, including supersonic business jets, will also involve the conceptual design and analysis of configurations with a low sonic-boom level. The Contractor shall also employ current state-of-the-art analysis codes to evaluate

the potential impact of advanced technologies on the safety and capacity of the national airspace system. Of particular interest are the technologies being developed in both the NASA Safety and Capacity programs. The Contractor shall identify the high-payoff and critical technologies that will need to be developed for the various aircraft and transportation system concepts. The Contractor shall also maintain, upgrade and provide user support for the Flight Optimization System which is a state-of-the-art aircraft sizing, analysis and optimization code that is applicable to a wide range of aircraft.

3.1.2    Subsonic and Supersonic Military Aircraft - The Contractor shall conduct systems analyses and technology integration and conceptual design studies for advanced military aircraft. The aircraft types include subsonic airlift transports, fighter/attack aircraft, supersonic air-superiority fighters and long-range bombers and hypersonic vehicles. The contractor shall conduct multi-disciplinary system studies that develop conceptual designs for advanced military aircraft, evaluate the application of advanced technologies to military aircraft and develop and modify the analysis and design codes that are required to conduct the studies. The Contractor shall be responsible for generating or analyzing the configuration layout, aerodynamics, weights, propulsion, performance, and survivability characteristics of the advanced military aircraft concepts.

3.2    Advanced Space Transportation and Planetary Exploration Systems Analysis – The Contractor shall conduct systems analysis, technology assessments, and conceptual design studies for space transportation and planetary exploration vehicle systems. The Contractor shall conduct conceptual design studies to identify lower cost, safer and more reliable systems that fulfill Agency mission goals. The Contractor shall also evaluate the impact of varying technologies on such systems and provide information that can help define and prioritize Agency technology programs. This shall include system trade studies for representative vehicle systems in space transportation, hypersonic, and planetary exploration mission areas. The output of these analyses will help NASA define, evaluate and select the technical content of current and proposed technology and vehicle programs that meet Agency and National goals.

3.2.1    Advanced Space Transportation Systems – The Contractor shall conduct systems analysis, technology assessments, and conceptual design studies related to rocket and airbreathing crew and cargo space launch systems; on-orbit crew and cargo transfer systems; and airbreathing hypersonic cruise vehicle systems. The Contractor shall provide and employ state-of-the-art analysis codes to perform performance studies including: six-degree-of-freedom trajectory analysis; aerodynamic and aerothermal (including Computational Fluid Dynamics (CFD)) analysis of vehicles under launch, cruise, orbit, entry, variable weight and geometry conditions; and structural and subsystem analysis and design of such vehicles with advanced propulsion systems. The Contractor shall also employ state-of-the-art analysis codes to evaluate the design sensitivities, cost, reliability and safety of such vehicle systems. Of particular interest is the identification of technologies by the Contractor relative to such systems that have significant payoffs in vehicle concept performance, associated cost, safety and reliability. The Contractor shall also maintain, upgrade and provide user support for state-of-the-art design tools that support such studies.

3.2.2 <u>Planetary Exploration Systems</u> – The Contractor shall conduct systems analysis, technology assessments, and conceptual design studies related to planetary exploration systems including: planetary entry systems, systems that utilize planetary aero-assist, and humans-to-Mars vehicle systems. The Contractor shall provide and employ state-of-the-art analysis codes to perform six-degree-of-freedom performance studies including: Monte Carlo trajectory analysis; aerodynamic and aerothermal (including CFD) analysis of vehicles during planetary entry as well as associated weights and geometry; structural and subsystem analysis and design of such vehicles. The Contractor shall also employ state-of-the-art analysis codes to evaluate the detailed performance, design sensitivities, cost, reliability and safety of such vehicle systems. Of particular interest is the identification by the Contractor of technologies and techniques relative to such systems that have significant payoffs in vehicle concept performance, associated cost, safety and reliability. The Contractor shall also maintain, upgrade and provide user-support for state-of-the-art design tools that support such studies.

3.3 <u>Spacecraft Mission and System Performance Analysis</u> - The Contractor shall develop, maintain and apply state-of-the-art space mission analysis techniques and tools to be used for both mathematically and visually simulating Earth-orbiting and exploration spacecraft. These techniques and tools should be compatible with NASA collaborative engineering environments and be able to facilitate the optimization of a full mission lifecycle design. In addition to the design, modeling and simulation of a space system's physical and functional characteristics, the techniques and tools employed shall also factor in cost, risk, architecture and programmatic variables in the analysis process. The tools and techniques shall be flexible enough to perform full mission simulations across a broad spectrum of NASA missions including Earth remote sensing, planetary exploration and Human exploration and development of space.

The Contractor shall apply state-of-the-art analysis tools and techniques towards the simulation and visualization of six-degree-of freedom dynamics and controls analysis, proximity operations and automated spacecraft servicing for the International Space Station, future spacecraft, and in-space experiments in order to derive and/or verify mission operations requirements and procedures. The Contractor shall assess the impacts of incorporating advanced guidance, navigation, and control technologies and/or operations on spacecraft mission requirements and performance and overall spacecraft systems design.

3.4 <u>Multidisciplinary Design Optimization (MDO)</u> - The contractor shall implement and evaluate new MDO methods on a variety of test problems ranging from simplified mathematical models to complex engineering models of conceptual or preliminary design processes for aerospace vehicles and spacecraft. The basic analytical codes shall be supplied by NASA; they would be comparable to the analysis codes utilized by the Contractor in performing the work outlined in Sections 4.0, 5.0, 6.0 and elsewhere in Section 3.0 of this document. The particular vehicle or spacecraft application and the design processes would be comparable to the studies described in Sections 3.1 - 3.3. The applications would cover traditional engineering design issues as

well as full life-cycle considerations, which include requirements, manufacturing, operations, safety, cost and disposal as well as engineering design. The MDO methods to be implemented and evaluated include, but are not limited to sensitivity analysis techniques; rapid reanalysis methods; approximation methods; decomposition and re-composition techniques, MDO formulations, gradient-based optimization methods; discrete optimization methods; and methods for optimization under uncertainties. The applications shall be implemented under NASA-approved configuration control, using modern object-oriented programming techniques and, gene rally, in a distributed computing environment.

The Contractor shall provide realistic non-parametric and parametric disciplinary analysis models of vehicles and spacecraft, including, but not limited to, parametric CAD models, finite-element computational structural mechanics models, structured and unstructured computational fluid dynamics grids, computational electromagnetic grids and computational aeroacoustic grids.

The Contractor shall re-engineer analysis codes supplied by NASA. The re-engineering may include converting legacy code into modern structured code, converting Fortran code into ASCI-standard Fortran 77 or Fortran 90 code, and converting a code from an interactive mode into an automated, batch mode.

The Contractor shall serve as a disciplinary analyst on MDO applications teams. The disciplinary analyst would be responsible for preparing the relevant discipline analysis code for integration into an MDO application, validating a stand-alone version of the discipline analysis code, supporting the validation of the analysis code as integrated into the full MDO application, and providing the relevant disciplinary interpretation of the results from the MDO application. The disciplines and analysis tools would be comparable to those described in Sections 4.0, 5.0, 6.0 and elsewhere in Section 3.0 of this document

4.0   Engineering and Operations Support

4.1   <u>Flight Project Design. Engineering, and Development</u> - The Contractor shall provide the design, development, testing, integration, operation, and data retrieval for aeronautics and space flight programs, including the support of mechanical and electronic design of systems for both ground-based and flight (balloon, rotorcraft, aircraft, and spacecraft) use. The Contractor shall develop state-of-the-art measurement techniques, data retrieval and data processing systems required in current and future Langley projects. The Contractor shall complete technical design and analysis tasks such as mechanical design/engineering, electronic design/engineering, controls, thermal and structural analysis and design, electro-optics sensor and detector design/engineering for systems that may form a part of larger systems. The Contractor shall use electronic design and analysis tools that are consistent with those used by the government so that output can be consolidated with that of higher level processes.

4.2   Project Planning - The Contractor shall complete tasks involving focused technology projects, basic research projects, facilities test planning, flight operations and space projects, and construction of facility projects. The scheduling system provided by the Contractor shall be a component of the project performance measurement plans. The Contractor shall prepare standard analytical reports, which include critical path analysis, contingency evaluation schedules, status impact assessments, problem analysis, and recommended solutions. The Contractor shall develop planning/scheduling software applications, which include menus for user friendly access and data entry, standard tabular reports and graphics for data output. The Contractor shall develop routines for the exchange of data between different software packages. The Contractor shall prepare parametric cost estimates for comparison with internally-generated estimates for various Langley technical projects.

4.3   Aircraft and Aircraft Systems - The Contractor shall perform tasks supporting the operation of aircraft, as well as their associated experimental systems.

The Contractor shall perform tasks involving the operation of the experimental systems of the Transport Research Facility (TRF) and the Flight System Integration Laboratory (FSIL). Specific tasks will address navigation engineering, flight management systems, guidance systems, flight controls, digital avionics systems interface, installation of flight qualified hardware in the FSIL, and experimental systems documentation. The Contractor shall maintain configuration control and documentation for designated experimental systems.

Other task areas of aircraft operations include the operation, maintenance, and repair of the Langley Flight Operations Support Center and Metro (Meteorology and Dispatch), and operations engineering functions.

The Contractor shall provide pilots for the Langley general aviation aircraft (currently BE-200 (King Air)) and co-pilots for the Langley B-757 aircraft. The B-757 co-pilots shall be provided on an "on-call" basis when required to meet project commitments. The pilots must be qualified and have current certification for the operation of the aircraft.

5.0   Aeronautics, Aerothermodynamics, and Acoustics Research

5.1   Hypersonic Research and Development - The Contractor shall provide support in the general areas of experimental and computational aerothermodynamics, hypersonic airbreathing propulsion systems, wind tunnel studies, and system evaluations. The Contractor shall interpret and analyze experimental data and apply and upgrade computational methods and phenomenological models. This support includes timely generation of both surface and volume grids for CFD and Direct Simulation Monte Carlo (DSMC) codes as well as routine maintenance and implementation of upgrades of the actual software as required to ensure state-of-the-art computing capability. Analyses shall determine the flowfield physics about a variety of