configurations required to quantify the performance of fully integrated (tip-to-tail) airbreathing propulsion vehicles and aerospace vehicles.

The Contractor shall perform aerothermodynamic assessment and optimization of advanced aerospace vehicle concepts via the application of unstructured, inviscid solvers, such as the FELISA code. The Contractor shall perform maintenance and upgrades to the codes such as the incorporation of real gas effects.

    5.2    <u>Aerodynamics Research and Development</u> - The Contractor shall provide support in the areas of: wind tunnel testing of advanced aircraft concepts and components, including rotorcraft; development of advanced wind tunnel testing technology; and applied computational fluid dynamics. Included in the field of wind tunnel testing and testing technology development are: test participation, instrumentation selection, development and use of advanced measurement techniques, development of advanced wind tunnel testing techniques, and the implementation of uncertainty analysis as a standard practice in wind tunnel research. The wind tunnels cover the speed range from low subsonic to hypersonic and include conventional as well as cryogenic facilities.

In the area of computational dynamics, the Contractor shall develop and apply computational codes to study aircraft designs, airframe/propulsion integration, and aircraft performance throughout the speed regime from low subsonic to hypersonic. Also included will be the development and application of advanced grid generation concepts.

The Contractor shall be responsible for maintaining, upgrading, certification, and version control of unstructured grid, Navier-Stokes flow solver codes and related codes. The Contractor shall provide user support for the codes including training new users and troubleshooting problems.

    5.3    <u>Acoustics and Flow Physics Research and Development</u> -The Contractor shall provide analytical, computational, and experimental support for flow physics and acoustics research and technology programs. The Contractor shall support both focused and basic research and technology development in the areas of aeroacoustics, including instrumentation, data acquisition and analysis, acoustic testing of rotors, jets, ducted fans in wind tunnels, anechoic chambers, or outdoors. The Contractor shall perform tasks in structural acoustics, including prediction and control of noise transmission and structural response, experimental and analytical methods for acoustic liner technology, digital control systems and their implementation to noise and vibration control problems. The Contractor shall provide coding, upgrading, and maintenance of large multipurpose computer programs, test subjects for psychoacoustic testing, operation of psychoacoustic test facilities, support for wind-tunnel experiments, support for flight experiments, and modifications to analysis codes for effective

performance on distributed workstations and massively parallel computers. The Contractor shall provide support for structural-acoustic finite element/boundary element model development using codes such as MSC/NASTRAN and COMET/Acoustics. The contractor shall perform experimental validation and correction of these models using correlation analysis techniques. The Contractor shall provide laboratory support for design, development, calibration, and upgrades to acoustic facilities, test techniques, support equipment, and computer interfaces.

The Contractor shall perform tasks in laminar flow control, including advanced transition prediction and control methods and the effects of surface roughness/steps/gaps and inhomogeneities and attachment line contamination. The Contractor shall perform tasks utilizing aerodynamic and acoustic methods, including aerodynamic analyses of complex-geometry configurations using structured and unstructured-grid Euler and Reynolds-averaged Navier-Stokes methodologies.

The Contractor shall perform tasks in flow modeling and control, including large-eddy simulations of turbulent boundary layers and computations to study the effect of roughness, suction, and admittance on receptivity of three-dimensional boundary layers on swept wings.

The Contractor shall develop measurement science and technology, including image transmission and receiving optics, data acquisition systems, data analysis systems, ground based applications, systems to eliminate directional ambiguity, real-time analysis systems, applications to high-speed flow, digital electronics, software algorithms, computer interfacing, computer animation, Monte Carlo simulation, and particle scattering studies.

6.0    Structures and Materials Research

6.1    <u>Structures Research and Technology Programs</u> - The Contractor shall provide analytical and experimental support for structures research and technology programs. The Contractor shall support focused and basic research and technology development in the areas of structural mechanics, structural dynamics, aeroelasticity, thermal structures, and computational structures. The Contractor shall support investigations that quantify the response, failure, and structural integrity of composite and metallic aircraft, space transportation, and spacecraft structures. The Contractor shall develop innovative modeling methods for predicting composite and metallic component response, failure, and structural integrity of composite and metallic structures subjected to complex combined mechanical and thermal loading. The Contractor shall develop impact damage failure and damage tolerance criteria for through-the-thickness graded and multi-functional structures for aerospace applications. The Contractor shall develop and integrate test methods and advanced structural response measurement techniques and support experimental research. The Contractor shall develop new equation solvers, eigenvalue extraction algorithms, and stiffness and mass matrix assembly techniques that

enable efficient and rapid solutions on evolving computer systems. The Contractor shall develop efficient structural concepts for future space transportation systems, including durable thermal protection systems, reusable cryogenic tanks, and cooled-structure concepts by developing and using appropriate optimization methods. The Contractor shall support analyses and tests of aeroelastically scaled models of fixed-wing and rotary-wing vehicles, including performance, the control of aeroelastic instabilities, loads, vibration, flutter, buffet, buzz, gust response, limit cycle oscillations, and adverse structural response. The Contractor shall develop simulations, ground tests, wind-tunnel tests, and flight experiments. The Contractor shall develop analytical methods to perform vibration, aeroelastic, and aeroservoelastic studies; analytical and experimental studies to predict, verify, and control the dynamic response of spacecraft structures; and studies to advance the safety and ground handling performance of aircraft during all-weather takeoff and landing operations.

6.2   Materials Research and Technology Programs - The Contractor shall support research to develop advanced light metallic alloys, polymers and polymeric matrix composites, carbon-carbon composites, and ceramic-based materials. This research includes the development of metal forming and joining technology, polymer matrix composite processing and fabrication technology, adhesive bonding and sealant technology, and carbon-carbon and ceramics processing and coating technology. Materials characterization testing shall be conducted to measure chemical, physical, electrical, optical, and mechanical properties of metals and composites. Experimental studies shall be conducted to characterize the effects of the environment on the long-term durability of materials for aircraft and spacecraft. Mechanics models shall be developed to predict the stiffness, strength, durability, and damage tolerance of composite materials. Fracture mechanics methodologies shall be developed to predict the strength and fatigue life of metallic materials. Advanced sensors, electronics, and signal processing technology shall be developed for nondestructive examination systems, including integrated vehicle health management. Advanced sensor technologies shall be developed for smart materials and structures, and for in-situ process monitoring and quality control. R&D support tasks shall include operation of a wide variety of equipment used for materials processing, mechanical testing, and materials analysis. The following are examples of typical materials support tasks:

6.2.1   Operation of metals processing laboratory equipment for deposition, consolidation, heat treatment, forming, and joining of metallic materials, including plasma spray deposition system, chemical and physical vapor deposition systems, laser deposition system, hot isostatic press, vacuum hot press, biaxial superplastic forming system, friction stir weld system, resistance spot weld system, heat treatment furnaces, salt baths, cold-rolling mill; operation of surface preparation facilities for chemical cleaning, chemical milling, and anodizing; operation of mechanical property characterization equipment and data acquisition systems for measurement of tensile, compressive, toughness, fatigue, and creep behavior of specimens and structural subelements at temperatures ranging from -450°F (liquid helium temperature) to 2500°F; metallurgical specimen preparation; identification and quantification of metallurgical phases, morphologies, and chemistries through application of advanced metallurgical

analysis techniques including optical microscopy, scanning and transmission electron microscopy, texture and microtexture analysis, energy and wavelength dispersive spectroscopy, x-ray and electron diffraction, differential scanning calorimetry, differential thermal analysis, hardness and microhardness, inductively-coupled plasma, atomic absorption; support of failure analyses of structural components; support in the development and application of lightweight coatings and surface modification techniques for environmental resistance and thermal control.

6.2.2  Operation of laboratory equipment required for chemical characterization of high performance polymers, adhesives and polymer matrix composites. Typical measurement methods shall include: Fourier Transform Infrared Spectroscopy, High Pressure Liquid Chromatography, Gel Permeation Chromatography, Low Angle Laser Light Scattering Photometry, Differential Viscometry and Osmometry.

6.2.3  Performance of laboratory tests in support of the fabrication of advanced composite subcomponents. Supporting tasks shall include: tests to establish processing methods, development of improved methods for subelement fabrication, design of test fixtures and associated apparatus, and operation of test machines to measure mechanical and physical properties.

6.2.4  Performance of laboratory tests in support of the materials durability, pressurized liquid permeation, and fatigue and fracture research.

7.0  Airborne Systems Research and Development

Flight Dynamics, Guidance and Control Research and Technology -The Contractor shall develop analytical, mathematical models of aircraft and spacecraft; synthesize and analyze navigation, guidance, and control systems for aircraft and spacecraft; develop efficient and reliable numerical methods and optimization algorithms for use in guidance and control law synthesis; provide data acquisition and reduction support, and analyze data from dynamics, control and/or crew systems experiments, including simulation and flight tests, some involving extensive meteorological data; coordinate the design and construction of models, conduct static and dynamic (free spin, tumble, forced oscillation) wind tunnel model tests, and analyze the results; use engineering codes and CFD methodologies to predict aircraft flight dynamics and correlate these results with experimental data; develop and maintain computer-based, high-fidelity aircraft and spacecraft batch simulation software; develop and apply software tools for simulation data analysis, including studies with simulated air traffic environments; conduct piloted aircraft simulation studies; develop software modifications for an existing atmospheric modeling CFD code; develop and operate the hardware and software components of electro-optical sensing and processing systems; develop and operate drop model and free-flight model test integrated hardware and software systems, including control law software  appropriate displays, and necessary network communications; configure and operate physiological signal and behavioral data acquisition systems, develop appropriate software tools for analysis of data from such systems, and perform the analysis; synthesize and analyze transport flight deck systems,

including displays and underlying algorithms; provide operational airline, corporate, and private pilot and air traffic controller expertise to support the planning, development, conduct and flight validation of aircraft simulation studies in simulated air traffic environments.

    8.0    General Mission Support

        8.1    <u>Information and Electromagnetic Systems Technology</u> - The Contractor shall provide support for research and technology development in selected technical areas in the information systems and electromagnetic systems disciplines. The areas include: the design and development of electronic hardware for information and electromagnetic systems; the design and development of computer codes for the analysis of complex sensor, antenna and digital computer systems; the development of design and assessment methods for life-critical systems; and maintenance and operation of research laboratories. Additional information regarding support for these areas is as follows:

            8.1.1    <u>Design and Development of Electronic Hardware</u> - The Contractor shall provide support for sensor technology development and testing, digital circuit and microprocessor designs, mechanical and structural designs, computational models for predicting fluid flow in reduced gravity environments and optical/fiber-optic system fabrication and evaluation.

            8.1.2    <u>Design and Development of Computer Codes</u> - The Contractor shall provide support for design, development, modeling, simulation, and implementation of computer codes for the design and assessment of antenna systems, airport systems, flight crucial digital systems and electromagnetic fields.

            8.1.3    <u>Development of Design and Assessment Methods</u> - The Contractor shall develop techniques for the design and assessment of fault-tolerant, life--critical systems for aerospace applications. These techniques may use formal specifications, automatic theorem proving, hierarchical design methodologies, fault-tolerant systems theory, and reliability theory as well as other available capabilities.

            8.1.4    <u>Maintenance and Operation of Research Laboratories</u> - The Contractor shall be responsible for the maintenance and operation of Information and Electromagnetic Technology research facilities including but not limited to: compact range, experimental test range, low frequency antenna chamber, High Intensity Radiation Laboratory test chambers, microgravity crystal growth facility, the crystal vapor deposition facility and the vehicle emulator system.

        8.2    <u>Ground Test Systems and Test Technique Development</u> - The Contractor shall design and implement data acquisition and reduction systems, instrumentation systems and test processes for research testing in wind tunnel and laboratory environments. The Contractor shall use knowledge of the state-of-the-art in instrumentation and measurement systems such as laser velocimetry, data acquisition and

reduction methodology, data quality assurance, and processing systems to support new and on-going programs in acoustical, structural, and aerospace research programs.

       The Contractor shall use the latest technology to develop innovative test techniques, test hardware, and systems to support the ground facility testing at Langley, and general reductions in test cycle times. Test techniques/systems will be used in laboratory as well as wind tunnel test environments. The Contractor shall complete technical design, analysis, and fabrication tasks in mechanical, electrical and or electronic, thermal, chemical and optical measurement systems to support aerodynamic, structural and acoustical testing.

       8.3    <u>Independent Assessment</u> - The contractor shall provide assessments and evaluations of concepts, problems and proposals for general mission support, aeronautic and aerospace research programs, earth and space science programs, and engineering activities.

       9.0    Electronic Task Order System

       The Contractor shall establish, implement, and maintain management control systems required to plan, organize, direct, and control contract activities. The Contractor shall automate the task flow process as defined in the Task Order clauses of this contract in a manner that is consistent with Center information technology standards. The automated system shall allow for the electronic routing, review, approval, issuance, and modification of Task Orders with the use of password security for the individuals identified in the Task Order clauses of this contract, with initiation, editing, and re-routing by each approver as needed, and with automatic notification to the approvers of the need for approval. In addition, the Contractor's automated management system shall track the status of Task Orders from planning to completion and record projected and actual resources data for each Task Order with graphic, tabular, and narrative descriptions. These Task Order data shall be the same information as that in the monthly progress and financial reports required in Exhibit B. At the discretion of the Contract Administrator and/or the COTR, these electronic versions may be used in lieu of their respective paper copies.