| SAMS (NAS1-00135) Performance Based Contracting (PBC) Task Order | Page 1 of 17 Statement of Work |
|---|---|
| Task Order Number: __06RCD__   Revision: __7__   Date of Revision: April 16, 2003 Title: Material/Structural Mechanics Analysis and Testing | |

1. **Purpose, Objective or Background of Work to be Performed:**
   The objective of this task is to conduct research and technology development that evaluates concepts, quantifies behavior, durability, and damage tolerance, validates analysis tools, and validates performance of advanced materials and structures for aerospace applications.

   Revisions 1-5: (For details see electronic task order system [ETOS] files *06RCD01.doc, 06RCD02.doc, 06RCD03.doc, 06RCD04.doc, and 06RCD05.doc, respectively*).
   Revision 6: Task Order extended through November 30, 2003. Subtasks renumbered, added, and modified with updated requirements to reflect NASA's need for continued support (see $^{R6}$ below).
   Revision 7: Subtasks 9 and 10 are discontinued. Subtask 20 is added. Period of performance is extended to 12/30/03. (see $^{R7}$ below)

2. **Description of the Work to be Performed:**
   **Overall Requirement:** The Contractor shall provide technical progress reporting and full financial reports at the individual subtask level in the monthly reports to the Task Technical Monitor

   **Subtask 1. Composite aircraft structural response with and without stiffness discontinuities.**
   POC: Dr. Mark Hilburger, 4-3106/ Dr. Cheryl Rose, 4-5419

   a. The Contractor shall design test fixtures and coordinate test-specimen and test-fixture preparation for an estimated $^{R6}$60 to 70 nominal structural element and panel tests $^{R6}$and 10 to 20 tailored panel tests that will be used to evaluate the influence of structural details and $^{R6}$damage on the compression response of composite structures. The Contractor shall also coordinate test-specimen and test-fixture preparation for an estimated 10 to 15 laboratory scale composite cylindrical shells $^{R6}$that will be loaded in compression, or subjected to internal pressure. Panel and cylindrical shell test specimen preparation shall include preparation for full-field displacement measurement during compression testing using the VIC3D measurement system. The imperfection measurement of selected specimens also shall be done by the Contractor. The Contractor shall reduce the test data $^{R6}$obtained during the performance period for comparison with analytical results. The Contractor shall assist NASA personnel in coordinating and conducting tests.

   **Begin $^{R6}$ block addition**
   b. The Contractor shall develop finite element models for an estimated 5-10 panels with notches to determine critical loading conditions for notch-tip damage growth and panel residual strength. The Contractor shall conduct nonlinear analyses of the panels using the finite element models for an estimated 1 to 2 different loading configurations for each notched panel configuration. The structural analyses shall include damage progression analyses.
   **End $^{R6}$ block addition**

   **Deliverables:** Test specimens prepared for testing, test fixtures, support fixtures, and reduced test data. $^{R6}$Finite element models and analytical results.

   $^{R6}$**Schedule:** Complete test preparation of nominal specimens by September 30, 2003. Complete test preparation of tailored specimens by September 30, 2003. Finite element models and analysis results shall be provided by March 31, 2003.

   **Metrics:** Test specimens and test fixtures shall be compatible and adequate for testing in government testing machines with loaded ends and fixtures prepared to assure adequate load introduction into the test specimens. Design work shall conform to appropriate standards. $^{R6}$The finite element models shall have adequate fidelity to represent global and local critical response and failure modes.

   **Begin $^{R6}$ block addition/redefinition**

| SAMS (NAS1-00135) Performance Based Contracting (PBC) Task Order | Page 2 of 17 Statement of Work |
|---|---|
| Task Order Number: __06RCD__   Revision: __7__   Date of Revision: April 16, 2003 Title: Material/Structural Mechanics Analysis and Testing | |

**Subtask 2. (was Subtask 5) Evaluation of the effects of manufacturing defects, impact damage on structural residual strength**
POC: Dr. Cheryl Rose, 4-5419

a. The Contractor shall develop finite element models of an estimated 1-2 standard fracture toughness tests to validate decohesion elements and delamination growth models for Mode I and mixed mode loadings. The Contractor shall conduct nonlinear analyses of the fracture toughness tests using the finite element models and compare the analysis predictions with existing test data provided by the Government. The Contractor shall develop finite element models of an estimated 10 to 15 flat and curved laminated composite panels to evaluate the influence of implanted delaminations on the residual strength of panels loaded in compression. The Contractor shall conduct nonlinear, progressive failure analyses of the panels using the finite element models to determine residual strength, and the mode and extent of delamination growth. Refined analysis models shall include fixturing to determine test load and restraint conditions.

b. The Contractor shall coordinate test-specimen preparation for an estimated 10 to 15 flat and curved panels to evaluate the influence of implanted delaminations on the residual strength of panels loaded in compression. Panel test specimen preparation shall include imperfection measurement of the specimens, and preparation for full-field displacement measurement during testing using the VIC3D measurement system. The Contractor shall assist NASA personnel in coordinating and conducting tests. The Contractor shall reduce the test data obtained during the performance period for comparison with analytical results.

c. The Contractor shall develop finite element models of an estimated 5 to 10 flat and curved laminated composite panels to evaluate the impact damage resistance of these panels. The Contractor shall conduct nonlinear, transient, progressive failure analyses using the finite element models to determine contact forces, displacements, and damage resulting from the impact event. The analytical results shall be compared with existing test data provided by the government.

**Deliverables:** Test specimens prepared for testing, and reduced test data. Finite element models and analytical results.

**Schedule:** Finite element models and analytical results for fracture toughness tests shall be provided by March 31, 2003. Finite element models and analytical results for flat and curved panels with an initial delamination and for impact damage modeling shall be provided by September 30, 2003. All flat and curved panel specimens with an initial delamination shall be prepared for testing by September 30, 2003.

**Metrics:** Test specimens shall be compatible and adequate for testing in government testing machines and loaded ends and fixtures prepared to assure adequate load introduction into the test specimens. Design work shall conform to appropriate standards. The finite element models shall be detailed enough to represent the global and local response of the panels, delamination growth, and to determine instrumentation patterns. The analysis results shall accurately correlate with test results when test data are available during the period of performance of the task.

**Subtask 3. Evaluation of failure criteria for laminated composite structures.**
POC: Dr. Cheryl Rose, 4-5419

The Contractor shall coordinate the design and fabrication of test specimens and fixtures, and preparation of test specimens, and conduct testing of an estimated 20 laminated composite test coupons for failure criteria validation and for determination of stiffness degradation rates to be used in progressive failure analyses. Both unidirectional laminates and general tailored laminates shall be considered. The Contractor shall assist in surveying the literature and existing knowledge to identify or develop test methods to obtain stiffness degradation rates from test specimens or tests results.

| SAMS (NAS1-00135) Performance Based Contracting (PBC) Task Order | Page 3 of 17 Statement of Work |
|---|---|

Task Order Number: __06RCD__ Revision: __7__ Date of Revision: April 16, 2003
Title: Material/Structural Mechanics Analysis and Testing

**Deliverables:** Test fixtures, test methods, and test specimens.

**Schedule:** Test specimens shall be prepared for testing, and test fixtures and support fixtures shall be developed by September 30, 2003.

**Metrics:** Test specimens and test fixtures shall be adequate for testing in government testing machines with loaded ends prepared to assure adequate load introduction into the test specimens.

**Subtask 4. Evaluation of the response of pressurized noncircular structural concepts.**
POC: Dr. Mark Hilburger, 4-3106/Dr. Cheryl Rose, 4-5419

The Contractor shall develop an estimated 1 to 2 finite element models of built-up noncircular composite structures that will be tested in the combined loads test facility in B1148. The Contractor shall conduct nonlinear structural analyses of the built-up structures using the finite element models for an estimated 4 to 5 different loading conditions for each built-up structure. Analysis models shall include fixturing to determine test load and restraint conditions. The Contractor will assist NASA personnel in coordinating and conducting tests.

**Deliverables:** Finite element models and analytical results.

**Schedule:** Structural analysis to support testing must be complete by 2Q FY03

**Metrics:** The finite element models shall be detailed enough to represent the global and local response of the panels, to determine instrumentation patterns, and to determine test load and restraint conditions. The analysis results shall accurately correlate with test results when test data are available during the period of performance of the task.
**End $^{R6}$ block addition/redefinition**

**Subtask $^{R6}$5 (was Subtask 2): Metallic aircraft structural response with and without stiffness discontinuities.**
POC: Dr. Mike Nemeth, 4-3184

The Contractor shall design test fixtures and coordinate test-specimen and test-fixture preparation for an estimated 6 stiffened and unstiffened panels, and 4 laboratory-scale unstiffened aluminum shells with damage and various structural details subjected to combined pressure and mechanical loads. The Contractor shall prepare up to an estimated 4 specimens for testing in the laboratory-scale combined load test apparatus. The geometric characterization of the specimens also shall be done by the Contractor. The Contractor shall reduce the test data for comparison with analytical results. The tests will be conducted by NASA personnel. The Contractor shall develop finite element models to predict the response of the test specimens and to determine instrumentation patterns. One of the objectives for this subtask is to validate analytically predicted response characteristics of the metallic structures. The Contractor shall vary structural parameters such as stiffener dimensions and crack orientations to determine the response of the specimens due to changes in structural parameters.

    **Deliverables:** Finite element models and analysis results, test fixtures, prepared specimens, and reduced test data.

    **Schedule:** Structural analyses of test specimens with support fixtures shall be developed by June 30, $^{R6}$~~2002~~ 2003. Status report of work accomplished by October 31, $^{R6}$~~2002~~ 2003.

    **Metrics:** Analytical results shall correlate with the test results within 10 percent when test data are available during the period of performance of the task.

**Performance Standards:**

| SAMS (NAS1-00135) Performance Based Contracting (PBC) Task Order | Page 4 of 17 Statement of Work |
|---|---|
| Task Order Number: __06RCD__   Revision: __7__   Date of Revision: April 16, 2003 Title: Material/Structural Mechanics Analysis and Testing | |

MEETS:
- adherence to schedule and cost
- adherence to test and safety procedures
- completion of all test and analysis
- test data reports
- final written Contractor Reports to meet NASA editorial standards

EXCEEDS:
- completion ahead of schedule
- completion under cost

**Subtask** $^{R6}$**6 (was Subtask 4) : Evaluation of Ultra Lightweight Multifunctional Structures.**
POC: Technical Monitor: Damodar Ambur

The Contractor shall develop 2 to 4 finite element analytical models for investigating the response of ultra lightweight membrane and shell structures when subjected to mechanical and thermal loading conditions. Nonlinear material constitutive relations provided by the NASA shall be used in the analysis together with the geometric imperfection data. The geometric imperfection data shall be generated by the Contractor. The main objective of this subtask is to study the influence of material constitutive laws and geometric imperfections on load introduction, nonlinear structural response, failure initiation and propagation. A second objective for this task is to assess the applicability of existing modeling and analysis methods for this class of structures. The Contractor shall develop test fixtures and other hardware needed for conducting the tests and will compile the test data. The Contractor shall also develop test fixtures and test specimens for conducting tests on load-bearing antenna per specifications to be provided by the government.

The third objective of this subtask is to validate the analysis methods developed to investigate the mutual influence of functionalities. This analysis shall be done by utilizing the finite element code ANSYS and other provided codes with multifunctional capabilities. Appropriate level of access to these codes will be provided by NASA. The Contractor shall simulate the geometric and loading characteristics of the plate and shell structures and investigate the static and dynamic response of multifunctional structures with and without damage.

**Deliverables:** Finite element models, structural analysis methods, structural analysis results, test fixture design drawings, test fixture, and specimens prepared for testing.
**Schedule:** Results due by September 30, 2002. Final reporting by October 31, $^{R6}$~~2002~~ 2003.
**Metrics:** Analysis and experimental results shall be within 10 percent. Finite element models shall have adequate fidelity to represent all critical response and failure modes for the structure.

**Performance Standards:**
MEETS:
- adherence to schedule and cost
- adherence to test and safety procedures
- completion of all test and analysis
- test data reports
- final written Contractor Reports to meet NASA editorial standards

EXCEEDS:
- completion ahead of schedule
- completion under cost

| SAMS (NAS1-00135) Performance Based Contracting (PBC) Task Order | Page 5 of 17 Statement of Work |
|---|---|
| Task Order Number: __06RCD__  Revision: __7__  Date of Revision: April 16, 2003<br>Title: Material/Structural Mechanics Analysis and Testing | |

**Subtask** $^{R6}$**7 (was Subtask 6): Morphing Technologies for Subsonic Aircraft Wing Structures**

**Purpose, Objective or Background of Work to be Performed:**
The objective of this task is to conduct research and technology development that evaluates concepts, quantifies behavior, durability, and damage tolerance, and validates performance of morphing technologies applicable to advanced materials and structures for aerospace applications.

**Specific Requirements:**
a. Conduct a literature review to assess the current state of the art in $^{R6}$flexible-skin structures technology.
b. Develop finite element models and conduct analysis of $^{R6}$flexible-skin concepts and transonic shock bump concepts that are elastically tailored and are actively controlled to ensure that appropriate boundary conditions are provided and the needed response characteristics are realized.
c. Evaluate the actuator device (such as shape memory alloy or piezoelectric actuators) mounting schemes, multi-sensor device (such as fiber optics with multiple Bragg gratings) embedding schemes, and characterize the integrity of the sensors/actuators with the structure. The analyses will be conducted using the STAGS and/or ABAQUS finite element code and the results for structural deformations, stresses and strains will be provided through contour plots and 2-D plots. The STAGS code should be utilized to develop modeling capability of composite structures with embedded SMA actuators.
d. Design and develop test fixtures for studies on the integrity of loaded composite structures with embedded SMA material.
e. Plan the design, material procurement, fabrication, and test fixture assembly activities in the Structures and Materials Laboratory of Langley Research Center.

**Deliverables:**
a. Summary of $^{R6}$flexible-skin structures technology literature review
b. Analytical models and variable fidelity analysis results
c. Experimental test setups and drawings of all test fixtures

**Schedule:** All analysis and experimental work to be completed by September 30, $^{R6}$~~2002~~ 2003.

**Metrics:** Finite element models shall have adequate fidelity to represent all critical response $^{R6}$characteristics for the concepts analyzed. Test fixtures provide specified boundary conditions and structural tests are conducted per specified loading conditions.

**Subtask** $^{R6}$**8 (was Subtask 7): Upgrades to VICONOPT analysis tool.**
The Contractor shall further extend the capability of the VICONOPT composite panel sizing code, which is resident in the Mechanics and Durability Branch of Langley Research Center to include the following:

a. Demonstrate improved post buckling analysis capability for built-up structures where reduced stiffnesses for the structure are analytically obtained and taken into account well the into postbuckling regime.
b. Verify methods that include first failure prediction in the postbuckled structure.
c. Document results and train government personnel in the usage of the above capabilities.

**Special requirements:** To implement Langley's mission, performance of this subtask requires special skills and in-

Case 1:05-cv-01390-RMC    Document 4-4    Filed 10/14/2005    Page 6 of 17

| SAMS (NAS1-00135) Performance Based Contracting (PBC) Task Order | Page 6 of 17 Statement of Work |
|---|---|

Task Order Number: __06RCD__   Revision: __7__   Date of Revision: April 16, 2003
Title: Material/Structural Mechanics Analysis and Testing

depth experience in the stability of shells and a thorough knowledge of the VICON and VICONOPT codes. The dependence of the mission on the subtask requirements will not allow time for normal on-the-job training and familiarization. For compatibility issues, the Contractor shall program the analysis methods using standard FORTRAN coding practices.

**Deliverables:** The Contractor shall provide engineering and technical modifications to the analysis methods and programs and document code capabilities before the end of September 30, 2002.

**Schedule:** Studies, documentation and training to be completed by September 15, $^{R6}$2001 BI. Status Report of work accomplished by September 30, $^{R6}$2001 2003.

**Metric:** The results from the Contractor developed code comparing within 2 percent of the existing results on existing benchmark problems.

**Performance Standards:**
MEETS:
- adherence to schedule and cost
- completion of all analysis
- final written Contractor Reports to meet NASA editorial standards

EXCEEDS:
- completion ahead of schedule
- completion under cost


**Subtask $^{R6}$9 (was Subtask 11): Y-Joint Test Facility Modifications. -- $^{R7}$*Discontinued***

**Subtask $^{R6}$10 (was Subtask 12): (Delay start until June 1, 2002) Y-Joint analysis for combined mechanical and thermal loading conditions. – $^{R7}$*Discontinued*.**

**Subtask $^{R6}$11 (was Subtask13): Bondline analysis.**
POC: Stan Smeltzer, 4-3120

**Purpose:** 2nd Generation Reusable Launch Vehicle structural analysis Support to investigate the response of bondlines within a cryogenic tank wall.

**GOALS:** Conduct finite element modeling and nonlinear static and thermal analyses of a composite tank wall for a liquid hydrogen tank to support the 2nd Generation Reusable Launch Vehicle (RLV) program. Investigate the structural response of bondlines within a tank wall when both thermal and mechanical loading is taken into account in the analysis. Develop novel structural and thermal analysis methods to characterize the behavior of the composite tank wall models.
**BACKGROUND:** The work conducted in this task will support Northrop Grumman's design of a liquid hydrogen tank for the 2nd Generation Reusable Launch Vehicle (RLV) program.

**The Contractor shall perform the following requirements:**
a. Finite element modeling and nonlinear static and thermal analyses of a composite tank wall for a liquid hydrogen tank that includes the effect of both thermal and mechanical loading. The Contractor shall create a baseline and two alternative finite element models of the Northrop Grumman tank wall configuration and conduct analyses of the models using MSC/NASTRAN and ABAQUS finite element codes and applicable thermal analysis codes.

Case 1:05-cv-01390-RMC    Document 4-4    Filed 10/14/2005    Page 7 of 17

| SAMS (NAS1-00135) Performance Based Contracting (PBC) Task Order | Page 7 of 17 Statement of Work |
|---|---|
| Task Order Number: __06RCD__  Revision: __7__  Date of Revision: April 16, 2003 Title: Material/Structural Mechanics Analysis and Testing | |

b. Consultation with the task requestor to identify novel thermal and structural analysis methods and implement selected methods for evaluating composite tank wall configurations for a propellant tank.

c. Participation in design reviews and telephone conferences with Boeing as required to perform other requirements.

**MILESTONES AND SCHEDULES:**
The period of performance for Subtask 11 is November 1, 2001 (or shortly thereafter) –October 31, $^{R6}$ 2002 *2003*.

**DELIVERABLES:**

- Finite element analyses of composite tank wall models shall be delivered at the end of each month using monthly reports, which summarize the analysis results. These reports will be delivered to the task requestor. Finite element models, structural analysis methods, structural analysis results, and user-written subroutines will be included in the reports.

- A report of novel thermal and structural bondline analysis methods shall be delivered at the end of the month in which it is completed. The format of the report shall include a summary of each method and applicable references as a minimum.

**METRICS:**

- Finite element models of the composite tank wall configurations shall have adequate fidelity to represent all critical response and failure modes for the composite tank structure. NASA is responsible for identifying critical failure modes.

- Final results from the thermal and structural analyses for each tank wall configuration shall be reported to the task requestor in a publication-quality format.


**End block of new subtasks 8-13**


**Subtask $^{R6}$12 (was Subtask 14): Structural integrity of friction stir-welded aerospace materials.**
POC: Dr. Scott Forth, 4-3823


Purpose: Experimentally evaluate friction stir-welded panels for aerospace applications.
  Objective: Conduct fatigue, fatigue-crack growth and fracture tests on friction-stir-welded
  specimens to assess the structural integrity for fuselage and wing applications in commercial
  aviation.
Note:
This program is of such a duration and intensity that no training opportunities will be available to gain thorough knowledge of testing equipment and controllers associated with laboratory testing of fatigue and fracture test articles. Limited training/instruction will be provided on particular NASA Langley laboratory test equipment and requirements.

a. The Contractor shall conduct 12 tensile tests of 2xxx series aluminum alloy friction-stir weld (FSW) lap welds and 12 tensile tests of 7xxx series aluminum alloy FSW lap welds (as supplied by NASA). All specimens shall be tested per ASTM E8 (Ref. 1) to determine the full stress-strain curve up to maximum load. Strain gages or other instrumentation will be required to determine the stress-strain properties of the weld region.

| SAMS (NAS1-00135) Performance Based Contracting (PBC) Task Order | Page 8 of 17 Statement of Work |
|---|---|//

Task Order Number: __06RCD__   Revision: __7__   Date of Revision: April 16, 2003
Title: Material/Structural Mechanics Analysis and Testing

b. The Contractor shall conduct 9 fatigue tests to failure or to 60,000 cycles (1 Hertz) on lap welds in 2xxx series aluminum alloy. A Z-stringer will be attached to the 24-inch middle-crack tension, M(T), specimens analogous to the manufacturing process. The specimens shall be subjected to constant-amplitude loading replicating the pressure loading of a fuselage. After, 60,000 cycles, the applied stress may be increased to cause specimens to crack and fail. During the tests, the "weak zone" of the weld region shall be determined and the panel shall be monitored for multi-site damage (MSD) cracking during testing. The tests shall be conducted at room temperature (6 specimens) and minus 65 degrees Fahrenheit (3 specimens) to evaluate the effect of temperature on the weld fatigue properties.

c. The Contractor shall conduct 36 fatigue-crack growth and fracture tests on lap welds material in the 2xxx series aluminum alloy. The Z-stringer will be FSW attached to the 24-inch M(T) specimens analogous to the manufacturing process. Electrical-discharge machine (EDM) notches will be introduced into the 3 weld zones (weld nugget, heat affected and parent material). The size of the EDM notch will be determined by NASA. The specimens shall be subjected to constant-amplitude loading (replicating the pressure loading of a fuselage) to initiate and grow the crack. Produce fatigue-crack growth data from the EDM notches for each weld zone. Upon conclusion of the fatigue crack growth test (total crack length to total width ratio, $2c/W$, = 1/3), each specimen will be fractured to produce residual strength data. Critical crack-tip-opening angles (CTOA) will be determined from either measurements and/or finite-element analyses of the test specimens. The tests shall be conducted at room temperature (6 specimens will have EDM notches in the weld nugget, 6 in the heat-affected zone (HAZ), 6 in the thermo-mechanical region) and minus 65 degrees Fahrenheit (3 specimens will have notches in the weld nugget weld, 3 in the HAZ, 3 in the thermo-mechanical region) to evaluate the effect of temperature on the weld zones. Nine (9) 24-inch M(T) specimens ($2c/W$ = 1/3) fracture specimens for parent material (6 room temperature, 3 cryogenic temperature).

d. The Contractor shall conduct 18 fatigue tests to failure or to 3 life times (defined by NASA) at 3-10 Hertz on lap welds in 7xxx series aluminum alloy. A small portion of material will be attached to the 24-inch M(T) specimens analogous to the manufacturing process. The specimens will be subjected to constant-amplitude (CA) and spectrum loading to replicate the loading on a wing. The loading magnitudes and spectra will be supplied NASA. After the 3 life times, the applied stress may be increase to cause crack initiation and fail. During the tests, determine the "weak zone" of the weld region and monitor for multi-site damage (MSD) cracking. The tests shall be conducted at room temperature (6 specimens under CA and 6 under spectrum loading) and minus 65 degrees Fahrenheit (3 specimens under CA and 3 under spectrum loading) to evaluate the effect of temperature on the weld.

e. The Contractor shall conduct 72 fatigue-crack growth and fracture tests on lap welds in 7xxx series aluminum alloy. A small portion of material will be attached to the 24-inch M(T) specimens at the FSW zone analogous to the manufacturing process. EDM notches will be introduced in the 3 weld zones (nugget, heat affected and parent material) and subjected to constant-amplitude and spectrum loadings to replicate the loading of a wing. The size of the EDM notch will be determined by NASA. Produce fatigue-crack growth data from the EDM notches for each weld zone. Upon conclusion of the fatigue-crack growth test, each specimen will be fractured to produce residual strength data. Critical crack-tip-opening angles (CTOA) will be determined from either measurements and/or finite-element analyses of the test specimens. The tests shall be conducted at room temperature (12 specimens will have notches in the weld, 12 in the HAZ, 12 in the thermo-mechanical region) and minus 65 degrees Fahrenheit (6 specimens will have notches in the weld, 6 in the HAZ, 6 in the thermo-mechanical region) to evaluate the effect of temperature on the weld zones. Eighteen (18) fracture specimens for parent material (12 room temperature, 6 cryogenic temperature).

<u>Deliverables:</u> (due at completion of each test, unless noted)

- full tensile stress-strain curves for 2xxx and 7xxx FSW materials tested
- number of fatigue cycles to failure or to life requirements on fatigue panels (noting crack initiation

| SAMS (NAS1-00135) Performance Based Contracting (PBC) Task Order | Page 9 of 17 Statement of Work |
|---|---|

Task Order Number: __06RCD__  Revision: __7__  Date of Revision: __April 16, 2003__
Title: Material/Structural Mechanics Analysis and Testing

locations and multiple-site cracking)
- crack length against cycles data on fatigue-crack growth panels under constant-amplitude and spectrum loading, if required
- residual strength data on the 2xxx and 7xxx fracture panels
- brief written summary of each test (noting any testing anomalies)
- brief informal written monthly report
- formal written Contractor Report at the end of the task.

**Performance Period:** Nov. 1, 2001, through March 31, $^{R6}$ ~~2002~~ *2003*

**Performance Standards:**
MEETS
- adherence to schedule and cost
- adherence to test and safety procedures
- test data reports
- all tests in subtask A complete
- final written Contractor Report to meet NASA editorial standards.

EXCEEDS:
- completion of tests ahead of schedule
- completion under cost

**Subtask $^{R6}$13 (was Subtask 15): BOSOR4, PANDA2, VICONOPT, and FASOR development for PCs.**
POC: Dr. Mike Nemeth, 4-3184

The Contractor shall develop modified versions of the structural analysis and design software that will run on personal computers, be user friendly, provide analysts and designers with rapid, robust tools, and ensure continued maintenance of the codes above. The Contractor shall also conduct 10 analysis cases on NASA identified benchmark problems to demonstrate the accuracy of results.

BOSOR4 is a shell analysis code that has been used extensively by industry for the preliminary analysis and design of complex shell structures and PANDA2 is structural design code that uses BOSOR4. VICONOPT is panel analysis and sizing code that aids the design of complex
built-up, stiffened panels that can be flat or curved. It provides a unique, rapid analysis and design capability. FASOR is also a shell analysis code that has some features that are unique.
It has robust numerical integration algorithms that can easy handle large discontinuities in stiffness, it includes transverse shear flexibility, and it has very robust branching capability.
**Deliverables:** Modified versions of the software with the outlined features.
**Schedule:** Work to be completed by October 30, $^{R6}$ ~~2002~~ *2003*.
**Metrics:**
- The integrated/upgraded analysis tools shall produce results on benchmark problems to within 5 percent.

**Performance Standards:**
MEETS:
- adherence to schedule and cost
- final written Contractor Reports to meet NASA editorial standards

EXCEEDS:
- completion ahead of schedule
- completion under cost

Subtask [R6]14 (was Subtask 16): Fracture Testing of Aerospace Structures.
POC: [R6]Dr. Scott Forth, 4-3823

**Purpose:** Determine fracture behavior of aerospace materials and structural configurations.
   **Objective:** Conduct fracture tests on aluminum alloys, integrally stiffened specimens, riveted stiffener specimens, and biaxial cruciform specimens.

**Description of the Work to be Performed:**
a. The Contractor shall conduct fracture tests on variable thickness middle-crack-tension M(T) specimens machined from 2024-T351-aluminum alloy plate. Eight (8) 12-inchwide middle crack tension M(T) specimens shall be tested. Two crack lengths ($2c/W = 1/3$, and $2c/W = 1/2$) will be tested for two integrally stiffened configurations. All tests are duplicated. Load-against-crack extension (visual readings at all crack tips and unloading compliance measurements), load-against-displacement per ASTM E561 (Ref. 1), and the $\square_5$-R curves shall be measured during stable tearing. Anti-buckling guide plates are not required for all of these tests but tests shall be conducted under stroke control.

b. Thin sheet Aluminum- alloy 2024 (B = 0.040) shall be tested to determine crack turning characteristics next to stiffeners. A total of (10) Middle-crack tension M (T) specimens shall be tested with two widths (W = 12 in. and 24 in.). Tests will be conducted under three conditions (1)stiffeners constraining the lower crack face, (2)anti buckling guides constraining the lower crack and (3)with anti-buckling guides constraining the whole specimens. Load-against-crack extension, load-against-displacement per ASTM E561 (Ref. 1), and the $\square_5$-R curves shall be measured during stable tearing. The M (T) specimens each shall have a single internal crack (crack-length-to-width, 2c/W, ratio of 1/3).

c. The Contractor shall conduct tests finite element analysis (FEA) and data analyses on up to eight (8) biaxial cruciform specimens of an 2195 aluminum alloy to be determined and supplied by the Government. Load-against-strain-to-failure data will be determined using both strain gages and extensometers on the biaxial cruciform specimens.

d. Fracture tests shall be conducted to determine the load-crack-extension behavior on two types of specimens of material supplied by the Government. Compact tension C (T) specimens and middle-crack tension M (T) specimens each shall be tested for 3 widths. All tests are duplicated. Load-against-crack extension (visual readings at all crack tips and unloading compliance measurements), load-against-displacement per ASTM E561 (Ref. 1), and the $\square_5$-R curves shall be measured during stable tearing. Anti-buckling guide plates are not required for all of these tests but tests shall be conducted under stroke control.

**Deliverables (for each item):** (due at completion of each test, unless noted)

- load-against-crack extension data (visual and unloading compliance)
- load-against-crack-mouth-opening displacement records
- crack-tip ($\square_5$) displacement measurement against crack extension
- full tensile stress-strain curves for all materials tested
- brief written summary of each test (noting any testing anomalies)
- brief informal written monthly report
- formal written Contractor Report at the end of the task.

**Schedule:** All work to be completed by September 30, [R6]~~2002~~ *2003*.

| SAMS (NAS1-00135) Performance Based Contracting (PBC) Task Order | Page 11 of 17 Statement of Work |
|---|---|
| Task Order Number: __06RCD__  Revision: __7__   Date of Revision: April 16, 2003  Title: Material/Structural Mechanics Analysis and Testing | |

**Performance Standards:**
  *MEETS*
  - adherence to schedule and cost
  - adherence to test and safety procedures
  - test data reports
  - all tests in subtasks A, B, C, and D complete
  - final written Contractor Reports to meet NASA editorial standards.
  - presentation and paper meet conference standards

  EXCEEDS:
  - completion ahead of schedule
  - completion under cost

**Subtask $^{R6}$15 (was Subtask 17): Characterization of Advanced Materials.**
POC: Dr. Tom Gates, 4-3400

**Purpose, Objective or Background:**
As part of the Computational Materials Program and the Reusable Launch Vehicle program, LaRC has been tasked to evaluate the behavior of polymers, polymeric composites, and nanostructured materials over a range of thermal, mechanical, and environmental conditions. The specific objective is to perform tests, reduce data, and analyze the results to establish performance of existing and new materials under a variety of loading conditions.

**Description of the Work to be Performed:**
a. Contractor shall conduct mechanical/environmental tests to simulate the effects of load, temperature, and moisture, and other environmental factors on stiffness and strength of advanced polymers, polymeric composites, and nanostructured materials. Test specimen mechanical loading conditions shall be tension and compression over a range of static and time-dependent conditions. NASA shall supply all test articles. Detailed measurements on mechanical and physical properties shall be performed on specimens. Records shall be maintained to document the material properties. The Contractor shall report monthly on the progress of this testing.

b. Contractor shall perform as needed detailed data reduction and associated analysis to determine the final engineering-level properties of the test specimen. The analysis shall be used to guide the selection of applied loads and test apparatus. Analysis methods may include the use of concepts from elasticity, viscoelasticity, strength of materials, and damage mechanics. A Contractor report shall be issued upon the completion of work.

c. The Contractor shall assist as needed in development of environmental/mechanical test apparatus for use in the materials characterization work. This apparatus shall be located in the MDB materials characterization laboratory. The Contractor shall report monthly on the progress of test apparatus development.

Tasks, Deliverables and or Products, and performance measurements (continued):

**Deliverables:**

- laboratory test log shall be kept by Contractor
- informal written and oral reports after completion of each round of testing/analysis
- formal written Contractor report at end of task

**Schedule:** Completed by October 31, $^{R6}$ ~~2002~~ 2003.

**Performance Standards:**
  MEETS

| SAMS (NAS1-00135) Performance Based Contracting (PBC) Task Order | Page 12 of 17 Statement of Work |
|---|---|
| Task Order Number: __06RCD__   Revision: __7__   Date of Revision: April 16, 2003 Title: Material/Structural Mechanics Analysis and Testing | |

- perform from 10 to 50 material property tests
- adherence to schedule and cost
- adherence to test and data reduction procedures
- test data reports and laboratory maintenance log
- final written Contractor Report meets NASA editorial standards

EXCEEDS:
- completion ahead of schedule

**Begin block of new subtasks 18-20**

**Subtask** $^{R6}$**16 (was Subtask 19): Cryogenic tank structural analysis and concepts development** POC: Dr. Ted Johnson, 4-5418
**Purpose:** Develop high performance concepts for cryogenic tank structures through analysis and experimental . Validation.

**Description of the work:** The Contractor shall develop 2-3 finite element models of concepts that are identified by the Government and conduct thermal-structural analysis to investigate its response. Shall develop test fixtures, and coordinate specimen fabrication and testing.

**Deliverables:** finite element models, analysis results, test fixtures, test data.

**Metrics:** Analysis results should compare to within 10 percent of the experimental results.

**Schedule:** All activities to be completed by September 30, $^{R6}$ ~~2002~~ 2003.

**Performance Standards:**
MEETS:
- adherence to schedule and cost
- final written Contractor Reports to meet NASA editorial standards

EXCEEDS:
- completion ahead of schedule
- completion under cost

**Begin block addition**
**Subtask** $^{R6}$**17 (was Subtask 22): Automated finite element analysis of elastically-tailored laminates.**
POC: Dawn Jegley, 4-3185

**Task description:** An automated technique based on finite element analysis that can replace the simpler numerical solution and allow for more complex geometries and loading to be considered in the design process shall be developed. The failure loads calculated using finite element analysis shall be automatically extracted and supplied to a GA-based (genetic algorithm) optimization tool that will direct the design process. A parametric study shall be performed to determine the minimum size model that is able to accurately reflect the failure response of the problem and remain efficient enough for large-scale design studies. The accuracy of the automated design technique shall be demonstrated by comparing results with those using numerical solutions on panels manufactured in 2001. Additional design runs for alternate geometries and/or loading cases shall also be investigated.
**Deliverables:**

| SAMS (NAS1-00135) Performance Based Contracting (PBC) Task Order | Page 13 of 17 Statement of Work |
|---|---|
| Task Order Number: __06RCD__   Revision: __7__   Date of Revision: April 16, 2003 Title: Material/Structural Mechanics Analysis and Testing | |

a) The finite element input, including user-written subroutines and a description of their use, shall be supplied to the task monitor prior to completion of the task.

b) A presentation shall be made for NASA personnel detailing the use the code and the results of this study.

c) A final report shall be delivered, presented in suitable form to be published as a NASA-CR.

**Performance Criteria:**

Completing all task elements and deliverables by [R6] ~~11/30/02~~ 11/30/03 will be considered as meeting the Metrics Performance Criterion.

Schedule:
Start Date: March 1, 2002. Completion Date: November 30, [R6] ~~2002~~ 2003

**Performance Standards:**
MEETS:
- adherence to schedule and cost
- final written Contractor Reports to meet NASA editorial standards

EXCEEDS:
- completion ahead of schedule
- completion under cost

**End block addition**

**Begin [R6] block addition/redefinition**
**Subtask 18. Column Test and Analysis Support**
Point of contact: Judith Watson 43116

1. *Support column test activities*   6/30/03
   
   The Contractor shall support the integration of test fixtures and test specimens in the test facilities (building 1293 room temperature and cold temperature test cells). Participation in the testing of the specimens shall include coordination of the preparation and setup of the data acquisition system and test specimen instrumentation, operation of test equipment, operation of data acquisition equipment (Labview/VXI based), and reduction and analysis of data.
   
   PERFORMANCE METRIC: Integration of test specimens into test fixtures for at least 50 specimens and support, at a minimum, compression, tension, and bending tests for the 50 specimens and reduction of data.

2. *Support column analysis*   10/31/03
   
   The Contractor shall use finite element code to model and compare analytical results to experimental test results for the deployable rigidizable columns under axial compression and tension, and bending loads. The analysis shall include parametric studies of variables in the column geometry that influence the columns structural behavior.
   - PERFORMANCE METRIC: A finite element model of a typical column specimen and comparison results for the experimental load regimes, and the structural behavior results of varying up to 3 geometry parameters of the column.

| SAMS (NAS1-00135) Performance Based Contracting (PBC) Task Order | Page 14 of 17 Statement of Work |
|---|---|

Task Order Number: __06RCD__    Revision: __7__    Date of Revision: April 16, 2003
Title: Material/Structural Mechanics Analysis and Testing

One trip to Fredrica, Delaware. The trip is a single day to confer with the manufactures of the inflatable columns.

. Period of Performance:

Planned start date:        Oct. 1, 2002      Completion date:  Oct. 31, 2003

**Subtask 19: Structural behavior of high-temperature adhesives and composite materials.**
POC: Timothy J. Collins, 4-3113 / Stanley S. Smeltzer, 4-3120

The Contractor shall design test fixtures and coordinate test-specimen and test-fixture preparation for an estimated 30-50 coupon sized specimens that will be used to evaluate the structural performance of high-temperature composite materials and adhesives that are being considered for potential application to aeroshell structures. Approximately half of the specimens will be lap-joint specimens designed for adhesive evaluation, and half will be coupons designed to characterize the properties of new high-temperature composite material and resin systems under a variety of loading conditions. The specimen geometries and loadings will be defined and the tests will be conducted by NASA personnel. NASA personnel will also procure and coordinate the fabrication of the individual test specimens. The Contractor will design test fixtures, coordinate specimen preparation and testing, perform preliminary analyses of the specimens, and reduce test data for comparison with analytical results.

**Deliverables:** Test specimens and test fixture designs, preliminary analysis results and instrumentation plans, reduced test data, and an informal final report.

**Schedule:** Monthly informal progress reports and an informal mid-year progress report to be presented in March of 2003. All test specimens shall be prepared for testing, and test fixtures and support fixtures shall be developed by July 31, 2003. Reduction of test data and comparison of analysis results to be completed by Aug 31, 2003. Final report of work accomplished by Oct 31, 2003.

**Metrics:** Test specimens and test fixtures shall be compatible and adequate for testing in government testing machines with loaded ends and fixtures prepared to assure adequate load introduction into the test specimens. Design work shall conform to appropriate standards. Analyses will be performed using suitable finite-element codes (such as MSC/NASTRAN and/or STAGS).

**Performance Standards:**
MEETS:
- adherence to schedule and cost
- adherence to test and safety procedures
- completion of all design, test, and analysis activities
- test data and analysis reports
- final written Contractor Report (informal)

EXCEEDS:
- completion ahead of schedule
- completion under cost

**End [R6] block addition/redefinition**

***Begin [R7] block addition***
**Subtask 20: Subtask: Development of a small-crack monitoring system in metallic materials subjected to cyclic loading conditions**

| SAMS (NAS1-00135) Performance Based Contracting (PBC) Task Order | Page 15 of 17 Statement of Work |
|---|---|
| Task Order Number: __06RCD__   Revision: __7__   Date of Revision: April 16, 2003  Title: Material/Structural Mechanics Analysis and Testing | |

DESCRIPTION:

These specifications are being defined to develop an automated small-crack measurement system. Small cracks are herein defined as cracks that occur under cyclic fatigue loadings in metallic materials where the length of these small cracks is 20 microns or less. This system needs to be electronically linked to an electronic controller that is a part of a closed-loop fatigue testing system to allow stopping of a crack growth test in order to take small-crack measurements during cyclic fatigue loading. The electronic controller sends a control signal that causes a load, strain, or displacement to be applied to the test specimen. The small-crack measurement system being developed shall be capable to being linked to both a MTS-458 or Instron 8500 closed-loop electronic controller. The following specifications are required in this system.

*System Specifications:*

1. Resolution:
   The measurement of small cracks with total crack lengths of 20 microns or less is required. The x-y coordinates of the crack tip for each crack measured must be determined and recorded.

2. Typical Area of Measurements:
   A typical area where these small-cracks will be measured is for a standard single-edge-notch tension specimen configuration. A typical radius for the edge notch in this specimen configuration is between 3 and 5 millimeters, mm. The area to be considered for possible small-crack measurements is plus and minus 1 mm about the notch centerline. Crack measurements would be recorded up to when the small-cracks have coalesced into a primary crack and the primary crack breaks through the specimen thickness. Test specimen thickness could be up to 10 mm.

3. Frequency of Measurements:
   Frequency of measurements should be automated at specified time or cycle intervals with up to 40 intervals per test.

4. Number of Measurements Required:
Up to 20 separate small cracks in the measurement area, see specification number 2, could be measured per test at any given measurement interval.

5. Data to be Recorded:
   a) Crack lengths.
   b) Incremental length of crack growth between succeeding crack lengths.

6. Data Storage Requirements:
   Crack lengths, crack-growth increments, and crack-tip x-y coordinates must be stored on a PC hard disk.

7. Load Control During Crack Length Measurements.
   This system needs to be capable of being electronically linked to both a MTS-458 closed-loop electronic controller and an Instron 8500 closed-loop electronic controller to allow the crack-growth test to be stopped in order to take small-crack measurements during cyclic fatigue loading. Only one of these electronic controllers will be used doing a given test. After the crack-growth test has been stopped for crack length measurements, a signal needs to be sent to the electronic controller, commanding the controller to increase the load to a certain percentage of the test systems maximum load to allow for the crack to open adequately in order to obtain an accurate crack length measurement. Before restarting the cyclic loading another command must be sent to the controller to return to the mean load that has been set for the cyclic fatigue loading being commanded. After the load has been returned to mean load, a signal needs to be sent to the electronic controller restarting the cyclic fatigue loading.

DELIVERABLES and SCHEDULE :

| Case 1:05-cv-01390-RMC   Document 4-4   Filed 10/14/2005   Page 16 of 17 |
|---|

| SAMS (NAS1-00135) Performance Based Contracting (PBC) Task Order | Page 16 of 17 Statement of Work |
|---|---|

Task Order Number: __06RCD__  Revision: __7__  Date of Revision: April 16, 2003
Title: Material/Structural Mechanics Analysis and Testing

|   |   |
|---|---|
|   | Aug. 15, 2003: Development of a prototype crack detection system and verification against alternative method on samples provided by LaRC.<br>Sept. 30, 2003: Phase 1: Manual system to identify and track growing cracks. Delivery shall include on-site installation, system validation and training.<br>Dec. 30, 2003: Phase 2: Automated system to identify and track growing cracks integrated with MTS-458 or Instron 8500 closed-loop controller. Delivery shall include on-site installation, system validation and training.<br><br>**Performance Standards:**<br>MEETS:<br>• adherence to schedule and cost<br>• adherence to test and safety procedures<br>• completion of all design and test activities<br>• test data reports<br>• Contractor User Report (informal)<br><br>EXCEEDS:<br>• completion ahead of schedule<br>• completion under cost<br>**\*\*End $^{R7}$ block addition \*\*** |
| 3. | **Government Furnished Items:**<br>Test specimens<br>Test specimen instrumentation<br>Specialized measurement $^{R6}$and testing equipment<br>STAGS nonlinear structural analysis code<br>Desk-top computers with specialized software<br>Computer CPU time for structural modeling and analyses<br>Access to appropriate test equipment<br>Office space (as required) |
| 4. | **Other information needed for performance of task:**<br>• All Langley safety procedures shall be followed.<br>• Year 2000 Compliance: Any information technology (IT) provided under this task must be Year 2000 compliant. To ensure this result, the Contractor shall provide documentation, comprised of the "Contractor Y2K Compliance Verification Form" and its supporting documentation, describing how the IT items demonstrate Year 2000 compliance.<br>• Subtasks 10, 11, 16, and 17: Applicable documents may include:<br><br>    LMS CP-5518 Granting Foreign Nationals and Foreign Representatives Computer Accounts.<br>    LMS-CP-5549 Responding to Reports of Information Technology Security Incidents and Inappropriate Activity.<br>    LMS-CP-5519 Requesting Access to Information Technology Resources.<br>• Subtasks 12 and 13: **SPMP REQUIREMENT:** The Contractor shall comply with the responsibilities described by LMS-CP-5528 and LMS-CP-5532, as well as the requirements specified in the Data Acquisition and Information Management Branch (DAIMB) software plans for any new software developed or purchased. These software project management plans (SPMP), if required, shall be reviewed and accepted by DAIMB.<br>• $^{R6}$Subtask 18: One trip to Fredrica, Delaware. The trip is a single day to confer with the manufactures of the |

| SAMS (NAS1-00135) Performance Based Contracting (PBC) Task Order | Page 17 of 17 Statement of Work |
|---|---|
| Task Order Number: __06RCD__   Revision: __7__   Date of Revision: April 16, 2003 Title: Material/Structural Mechanics Analysis and Testing | |

| | |
|---|---|
| | inflatable columns. |
| 5. | **Security clearance required for performance of work:** <br> Subtasks 10 and 11: ITAR and ADP clearances |
| 6. | **Period of Performance:** <br> Planned start date: 1/2/01   Completion date: [R6]~~10/31/2002~~ [R7]~~11/30/03~~ *12/30/03* |
| 7. | **NASA Technical Monitor**: Dr. Damodar R. Ambur <br>   M/S: 188M         Phone: 757-864-3449 <br> NASA Competency/Other Technical Coordinator : Laurie Johansen <br>   M/S: 121          Phone: 757-864-*1757* |