JUN. 16. 2004  3:48PM    SWALES AEROSPACE    NO. 0824  P. 6/18

SCN·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

B page 1 of 4

**Pam Butziger**

From:  v.m.harik@nanodesigns.net
Sent:  Thursday, April 01, 2004 3:23 PM
To:  Andrew Srokowski
Cc:  Vaughn Behun; Pam Butziger; John Mitchell
Subject:  Re: Meeting/task problems

Mr. Srokowski,

This bombardment of a contractor employee by the managerial-muscle-flexing e-mails from the level-3 manager is not only a bad example of micro-management, but it also further promotes the hostile work environment. You weave into my daily routine the handling of these e-mails, hostile questioning, and force on me meetings involving disrespectful conduct.

If you cannot help to resolve the RCD task-relevant problems then, please, don't disrupt the current USRA task.

- see further comments below

---- Original message ----
>Date: Tue, 30 Mar 2004 11:23:55 -0500
>From: "Andrew Srokowski" <asrokowski@swales.com>
>Subject: FW: Meeting/task problems
>To: <v.m.harik@nanodesigns.net>
>Cc: "Vaughn Behun" <v.d.behun@larc.nasa.gov>, "Pam Butziger" <pbutziger@swales.com>, "John Mitchell" <jmitchell@swales.com>
>
>Vasyl
>
>An additional point of clarification. I want to receive your complete report by close of business, Wednesday, March 31, 2004.
>
>Andrew Srokowski
>SAMS Program Manager
>Swales Aerospace

I have sent you the other report via V. Behun, who also requested the monthly USRA-task report as usual.    ← new

>-----Original Message-----
>From: Andrew Srokowski [mailto:asrokowski@swales.com]
>Sent: Tuesday, March 30, 2004 9:04 AM
>To: v.m.harik@nanodesigns.net
>Cc: Vaughn Behun; Pam Butziger; John Mitchell
>Subject: RE: Meeting/task problems
>Importance: High
>
>Vasyl
>
>Again you did not respond to my request to meet with me to
>discuss your work. I interpret what you say in your latest
>e-mail to mean that you refuse to meet with me. Is this
>interpretation correct?

I'm not refusing to meet with you. First, the purpose needs to be clearly identified and the problem of disrespectful conduct to be addressed. Also, I'm on a task-based time management (the charge number for such an unusual meeting needs to be defined along with appropriate justification).    ← new



This email includes new comments from Vasyl within old text.

1

Exhibit  6
Page  6  of 18

JUN. 16. 2004  3:48PM   SWALES AEROSPACE                                         NO. 0824   P. 7/18

>One other point. When I requested a report on your work
activities, that of course meant ALL of your activities
including work on project #00549 (Multifunctional Materials
Research), not just Task Order 06RCD. Please provide me with
the requested COMPLETE report.
>
>Andrew Srokowski
>SAMS Program Manager
>Swales Aerospace

Your e-mail, our meeting, as well as your title, had only
information and connotation referring to the RCD task.
Your ill-defined request had resulted once again in my
*failure* to provide the "newly defined" complete report.           ← New

>-----Original Message-----
>From: v.m.harik@nanodesigns.net
[mailto:v.m.harik@nanodesigns.net]
>Sent: Monday, March 29, 2004 9:07 AM
>To: Andrew Srokowski
>Subject: Re: Meeting/task problems
>Importance: High
>
>Mr. Srokowski,
>
>Please, find my early monthly report attached that also
>covers the period you'd asked for. If there are any
questions, I'll answer by e-mail.
>
>By this e-mail I also notify you that I am resigning from
>the RCD task.
>
>Vasyl Harik

The level-3 manager is expected to help to resolve serious
problems or at least serve as a mediator or a neutral
facilitator, but not as belittling manager who avoids dealing
with problems in an impartial manner. Our meeting and the
tone, timing and the content of your e-mails did not offer
anything hopeful.

>----- Original message ----
>>Date: Wed, 24 Mar 2004 10:15:07 -0500
>>From: "Andrew Srokowski" <asrokowski@swales.com>
>>Subject: FW: Meeting/task problems
>>To: <v.m.harik@larc.nasa.gov>
>>
>>You failed to respond to my meeting request. So let's try
>this again - I would like to meet with you on Monday, March
>29 in my office at 9:30. Please bring the report I
>originally requested.
>>
>>Andrew Srokowski
>>SAMS Program Manager
>>Swales Aerospace

That is a strong statement "you failed", especially if you
send a message on Friday afternoon (plus e-mail delays) and
expect a complete report on Monday at 9 a.m. My *failure*
seems almost pre-scheduled, or it was just a bad example of
angry management.

>>-----Original Message-----
>>From: Andrew Srokowski [mailto:asrokowski@swales.com]
>>Sent: Friday, March 19, 2004 2:38 PM
>>To: v.m.harik@nanodesigns.net
>>Subject: RE: Meeting/task problems

2

Exhibit  6
Page  17  of  18

JUN. 16. 2004  3:48PM   SWALES AEROSPACE                    NO. 0824   P. 8/18

OOD-72-1992

```
>>
>>You may NOT telecommute.  Please come to my office at 9:00
>AM Monday, March 22 with a written report (which we shall
>discuss) on your work activities for the period following
our
>meeting of March 10.
>>
>>Andrew Srokowski
>>SAMS Program Manager
>>Swales Aerospace
>>
>>-----Original Message-----
>>From: v.m.harik@nanodesigns.net
>[mailto:v.m.harik@nanodesigns.net]
>>Sent: Friday, March 19, 2004 1:07 PM
>>To: Andy Srokowski
>>Subject: Meeting/task problems
>>
>>Dear Mr. Srokowski,
>>
>>I want to thank you for the last week meeting and make a
few
>>comments with a request. I also agree that you need to talk
>>with Dr. D. Ambur about the task problems.
>>
>>I also want reiterate that the proposed solution: to talk
>>with Dr. Ambur just about the access to the ANSYS-EM code
is
>>not sufficient at this time. Such suggestions would be
>>perfect for Mr. W. A. Waters or Mr. J. Mitchell in October-
>>November 2002, and for you in the following December-
January
>>time frame, but now it is more than a year later into the
>>task timeline. The treatment of the problems (that had been
>>outlined in my reports) like: "OK, we'll provide you the
>>access to the FEA code' latest version; you go, go along
and
>>just mind your computer so in two months the modeling
>results
>>for the task are ready" is hardly appropriate (if not
>>belittling).  It also does not provide me a fair chance to
>>work on my task.
>>
>>I don't mean to be critical, but belittling again and
>>derogatory come to mind when I recall your comments: "you
>>come to work when you feel like it." Again, I'm not sure
>what
>>you were talking about.  The recent incident when I did not
>>make it clear to Vaughn Behun, where I was working, hardly
>>warrants such a stretched generalization with very negative
>>connotation (especially, about the person who had been
>>working long extra hours in the past). If the comment
refers
>>to my prolonged sick leaves in January and before, then it
>is
>>hardly considerate or sensitive to my medical problems,
from
>>which I'm still recovering.
>>
>>Belittling is more demeaning form of dodging or denying the
>>problems that Mr. Mitchell has demonstrated until recently.
>I
>>certainly hope that it is not your nature or my lack of
>>appropriate culture that drive this treatment, but the
>>pressure of "unpleasant reality" on the Swales management
>>for "total customer satisfaction" even if it is to the
>>detriment of individual employees.  This pressure for
```



JUN 2004
V.E.C.
L.A. Appeals

3

Exhibit 6
Page 8 of 18

JUN. 16. 2004  3:49PM   SWALES AEROSPACE                         NO. 0824   P. 9/18

SN-06-72-1990                                                    (B) page 4 of 4

>>customer satisfaction seems to explain your attempts to
>>explain the extensive software delays with strained
>>reasoning
>>for "good, justified delays." If it is true than such a
>>position did help me to make the timely progress in my task.
>>
>>      In recognition of the seriousness of the problems
>>encountered with some NASA personnel, I had initiated a
>>complaint process with the NASA EEO program. I would like to
>>ask you to also recognize the degree of the problems
>>described in my reports and help me in the process.
>>
>>      To reduce the ever-mounting stress at the LaRC
>>facilities, I would like to ask you to allow me some
>>telecommuting for the RCD task during the resolution
>>process.

It is too bad that the Swales Aerospace does not have a sound
framework or a well-developed policy how to handle problems
between the contractor and NASA CS employees.

At this point, I hope that the RCD task problems will be
resolved in time with help of the EEO programs. If one can
not be a part of constructive solution, then he should at
least avoid being or creating a problem.

} added since first email

>>I thank you for your consideration in advance.
>>
>>Sincerely,
>>
>>Vasyl Harik



Exhibit 6
Page 7 of 18

4