## VEC CLAIM FOR BENEFITS

1. SOCIAL SECURITY NUMBER: 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
2. NAME: HARIK, VASYL, M
3. STREET ADDRESS: 300-C Richardson Run
   MAILING ADDRESS: Williamsburg, VA, 23188
4. TELEPHONE: AREA CODE 757  NUMBER 2532547
   MESSAGE: AREA CODE ___ NUMBER ___
5. DO YOU LIVE WITHIN THE CITY LIMITS? ☐ YES ☒ NO
   IF NO, ENTER NAME OF COUNTY: James City
6. DATE OF BIRTH: 10/5/64     7. ☒ MALE  ☐ FEMALE
8. MOST RECENT EMPLOYER: Swales Aerospace
9. ADDRESS: 5050 Powder Mill Rd, Beltsville, MD 20705
   TELEPHONE: AREA CODE 301 NUMBER 595-5500
10. DATES WORKED FROM: 06/18/02 TO 04/05/04
    OCCUPATION: Senior Structural Engineer
11. DID YOU WORK AT LEAST 30 WORKING DAYS FOR THIS EMPLOYER? ☒ YES ☐ NO
    DID YOU WORK AT LEAST 240 HOURS FOR THIS EMPLOYER? ☒ YES ☐ NO
12. WAS THIS WORK PERFORMED OUTSIDE OF VIRGINIA? ☐ YES ☒ NO
13. REASON FOR SEPARATION (EXPLAIN IN REMARKS)
    ☐ LACK OF WORK  40    ☒ DISCHARGE  10
    ☐ VOLUNTARY QUIT 20   ☐ STRIKE/LOCKOUT 30
    REMARKS: Work relation conflict (filed complaint against customer)
14. HAVE YOU WORKED SINCE EMPLOYMENT SHOWN ABOVE? ☐ YES ☒ NO
15. DO YOU WANT FEDERAL INCOME TAX WITHHELD FROM YOUR BENEFITS? (WITHHOLDING IS 10% OF BENEFITS DUE) ☒ YES ☐ NO
16. I HEREBY CERTIFY, UNDER PENALTY OF PERJURY, THAT I AM A CITIZEN OR NATIONAL OF THE UNITED STATES. ☒ YES ☐ NO
    IF THAT IS CHECKED COMPLETE THE FOLLOWING
    I HEREBY CERTIFY, UNDER PENALTY OF PERJURY, THAT I AM IN SATISFACTORY IMMIGRATION STATUS. ☐ YES ☐ NO
    ENTER ALIEN REGISTRATION #: U.S. Citizen
    ALIEN REGISTRATION EXPIRATION DATE: ___
17. HAVE YOU FILED ANY CLAIM FOR UNEMPLOYMENT EITHER IN VIRGINIA OR ANY OTHER STATE DURING THE LAST 18 MONTHS? ☐ YES ☒ NO
    IF YES, NAME OF STATE: N/A
18. HAVE YOU APPLIED FOR OR ARE YOU RECEIVING ANY KIND OF PENSION (INCLUDING SOCIAL SECURITY OR DISABILITY RETIREMENT)? ☐ YES ☒ NO
    IF YES, CHECK APPROPRIATE TYPE AND ENTER MONTHLY AMOUNT
    ☐ SOCIAL SECURITY    (1) AMOUNT PER MONTH ___
    ☐ MILITARY           (2) AMOUNT PER MONTH ___     N/A
    ☐ FEDERAL CIVILIAN   (3) AMOUNT PER MONTH ___
    ☐ OTHER              (4) AMOUNT PER MONTH ___
        (SPECIFY SOURCE)
19. IF YOU ARE RECEIVING A RETIREMENT PENSION, GIVE THE DATE OF YOUR RETIREMENT: N/A

VEC-B-10R 7/97

---

### FOR OFFICE USE ONLY

EFFECTIVE DATE: 4/4/04   LOT: ___ to ___
OTE: / /   KEYED BY: ___ DATE: ___

☐ INITIAL  ☐ TOTAL   ☐ ___    1  ☐ ___  1
☐ ADD      ☐ PARTIAL ☐ UCFE   5  ☐ ___  2
☐ RE-ADD   ☐        ☐ UCX    7  ☐ H    3
☐ REOPEN   007-061 2ND ☐ CWC   8  ☐ ___  4
☐ ___                                ☐ API  5

CCC CODE: 007061614   AREA/LTRS: 51015 007 N
EMP ACCT: 658580                    SC: ___
MAIL MONETARY? N    SEPARATION REPORT: NO
REFERRED TO US? WS (WORK SEARCH) (U R A)
REFERRED TO DEPUTY: ___  DATE & TIME: 4/13/04 @ 11:00
ERR REFERRAL REASON: ___

20. HAVE YOU OR WILL YOU RECEIVE SEVERANCE PAY, VACATION OR HOLIDAY PAY? ☒ YES ☐ NO
    AMOUNT ~ 1,000   PERIOD COVERED: 5 days vacation
21. ARE YOU HANDICAPPED AS DEFINED IN SECTION 504 OF THE REHABILITATION ACT OF 1973? ☐ YES ☒ NO
22. ARE YOU REGISTERED WITH SELECTIVE SERVICE? (COMPLETE ONLY IF 18-24 YEARS OLD) ☐ YES ☒ NO
23. HAVE YOU HAD ANY ACTIVE MILITARY SERVICE? (DO NOT COUNT NATIONAL GUARD OR RESERVES) IF YES, ENTER DATES
    FROM ___ TO ___                ☐ YES ☒ NO
24. HAVE YOU WORKED FOR THE FEDERAL GOVERNMENT AS A CIVILIAN DURING THE LAST 18 MONTHS? ☒ YES ☐ NO
25. DO YOU HAVE A MILITARY DISABILITY? ☐ YES ☒ NO
    IF YES, IS IT 30% OR MORE? ☐ YES ☐ NO
26. ARE YOU MARRIED TO SOMEONE WHO HAS A TOTAL OR PERMANENT SERVICE CONNECTED DISABILITY OR DIED OF A SERVICE CONNECTED DISABILITY? ☐ YES ☒ NO
27. HAVE YOU WORKED IN ANY STATE OTHER THAN VIRGINIA DURING THE LAST 18 MONTHS? ☐ YES ☒ NO
28. HAVE YOU WORKED FOR ANY EDUCATIONAL INSTITUTION DURING THE LAST 18 MONTHS? ☐ YES ☒ NO
29. WHAT TYPE OF TRANSPORTATION DO YOU HAVE TO LOOK FOR WORK OR TO GET TO AND FROM WORK? ☐ NONE ☒ OWN ☐ PUBLIC ☐ OTHER
30. ARE THERE ANY HOURS OR DAYS OF THE WEEK THAT YOU ARE NOT AVAILABLE FOR WORK? ☐ YES ☒ NO
    IF YES, WHY? ___
31. CAN YOU ACCEPT FULL TIME WORK NOW? ☒ YES ☐ NO
32. ARE YOU ATTENDING SCHOOL? ☐ YES ☒ NO
33. PLEASE CHECK THE APPROPRIATE BOX TO INDICATE YOUR CURRENT LEVEL OF EDUCATION:
    ☐ 5TH GRADE OR LESS     05   ☐ ATTENDED COLLEGE AND/OR ASSOCIATE DEGREE  14
    ☐ ATTENDED HIGH SCHOOL  11   ☐ COLLEGE GRADUATE                          16
    ☐ HIGH SCHOOL GRADUATE OR EQUIVALENT  12   ☐ ATTENDED GRADUATE SCHOOL    17
                                       ☒ POST GRADUATE DEGREE                18

(OVER)

---

Exhibit 1
Page 1 of 2



VIRGINIA EMPLOYMENT COMMISSION
CLAIM FOR BENEFITS

NAME  VASYL M. HARIK           SOCIAL SECURITY NO. 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
      (Please Print)

The Virginia Employment Commission (VEC) is prohibited from discriminating on the ground of race, color, religion, sex, national origin, age, disability, political affiliation or belief, and for beneficiaries only, citizenship or participation in programs funded under the Job Training Partnership Act (JTPA), as amended, in addition or access to, opportunity or treatment in, or employment in the administration of or in connection with, any JTPA-funded program or activity. If you think that you have been subject to discrimination under a JTPA-funded program or activity, you may file a complaint within 180 days from the date of the alleged violation with the VEC's Equal Opportunity Officer, 703 East Main Street, Room 109, Richmond, Virginia 23219, or you may file a complaint directly with the Director, Directorate of Civil Rights (DCR), U.S. Department of Labor, 200 Constitution Avenue N.W., Room N-4123, Washington, D.C. 20210. If you elect to file your complaint with the VEC, you must wait until the VEC issues a decision or until 60 days have passed, whichever is sooner, before filing with DCR(see address above). If the VEC has not provided you with a written decision within 60 days of the filing of the complaint, you need not wait for a decision to be issued, but may file a complaint with DCR within 30 days of the expiration of the 60-day period. If you are dissatisfied with the VEC's resolution of your complaint, you may file a complaint with DCR. Such complaint must be filed within 30 days of the date you received notice of the VEC's proposed resolution. [Reference: 29 CFR 34.23(d)(5)]

Auxiliary Aids and Services

Auxiliary aids and services are available upon request to individuals with disabilities.

Virginia Relay Center (VRC)

The Virginia Relay Center provides telecommunications relay services to the Commonwealth of Virginia. Text Telephone (TTY) or Telecommunications for the Deaf (TDD) users can access the VRC by calling 1-800-828-1120.

TO CLAIMANT: The Privacy Act of 1974 requires that you be furnished this statement because you are being asked to furnish your Social Security Account Number on the claim form(s) given to you. Your Social Security Number is solicited under the authority of the Internal Revenue Code of 1954. Disclosure of your Social Security Number for this purpose is MANDATORY and must be entered on the forms you submit to claim unemployment compensation.

Your Social Security Number will be used to report your unemployment compensation to the Internal Revenue Service as income that is taxable, to determine your eligibility for benefits, compute the amount of benefits to which you may be entitled, and for statistical purposes. This information will be disseminated to other governmental agencies subject to the restrictions of the Virginia Privacy Protection Act for their use in the proper administration of the law. Failure to provide the requested information will make you ineligible to receive benefits.

Certification: I acknowledge receipt of notice of the Privacy Act and certify that the information given on this form is correct. Further, I declare under penalty of perjury that the citizenship/alien status information on this form is true and correct. I understand that penalties are provided for making false statements or failing to disclose material facts to obtain benefits. I also certify that I was given a copy of the booklet "Unemployment Insurance Handbook for Claimants." I was also advised of my rights and responsibilities under the Unemployment Compensation Act and I was given the opportunity to ask questions concerning those rights and responsibilities. In addition, I understand that I have the right to review the information provided to the Commission by my former employer on the Employer's Report of Separation. (As a partially employed claimant, I have read and understand the Instructions to Partial Claimants.)

_V. Harik_                                    _4/06/04_
Signature of Claimant                         Date

Please Complete All Information Requested On Reverse

LARHONDA CARTER
1ST LEVEL APPEALS
APPEALS HEARING

Exhibit ___1___

FILE No.145 06/11 '04 10:58   ID:VEC   FAX:7868492   PAGE 4/ 47

SEP REPORT USED: CIRCLE ONE
YES  NOT AVAILABLE  NOT APPLICABLE

EFF DATE 4/4/04

STATEMENT TYPE: CIRCLE ONE
IN-PERSON  TELEPHONE

**VIRGINIA EMPLOYMENT COMMISSION**

**RECORD OF FACTS OBTAINED BY DEPUTY**

LO# 411
LTR# C1
DEPUTY ID 1955

Claimant's Name: Vasyl M. Harik           S.S. No. 008 72 1950

Sr Structural Engr  B-5  M-F   $72,000.—

**CLAIMANT'S STATEMENT CONCERNING DISCHARGE**

THE RECORD OF YOUR CLAIM INDICATES THAT YOU WERE DISCHARGED FROM YOUR JOB WITH Swales Aerospace

1. WHEN WERE YOU FIRST TOLD YOU WERE BEING DISCHARGED FROM YOUR JOB? 4/5/04, 3PM

2. WHO DISCHARGED YOU? Andrew Sikorski   Sr Project Manager

3. WHAT REASON WAS GIVEN FOR LETTING YOU GO? Did not find my accusations of hostile work environment. Sick leave exceeded my balance.

4. HAD YOU BEEN WARNED BEFORE ABOUT YOUR CONDUCT?   YES ( )   NO (✓)
   IF "YES", WHAT WERE YOU WARNED ABOUT? ___
   PLEASE ENTER DATE(S) OF WARNING(S): ___

5. WHAT HAPPENED ON YOUR LAST DAY AT WORK? I had filed a complaint with Swales HR and NASA EEO for hostile work environment. See attached letter to VEC 4/9/04.

REBUTTAL: ___

DATE 4/12/04          Deputy's Signature

VEC-B-60.2 (R.11/94)     EMPLOYER'S STATEMENT ON REVERSE     **DISCHARGE**


Exhibit 2