**VIRGINIA EMPLOYMENT COMMISSION**
**NOTICE OF DEPUTY'S DETERMINATION**

LOWER APPEALS

5235 John Tyler Highway
Williamsburg     VA 23185

(757) 253-4738   LON: 411
(757) 253-7245/FAX

CLAIMANT NAME AND ADDRESS
VASYL M HARIK
300-C RICHARDSON RUN
WILLIAMSBURG     VA   23188

SSN: 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
PROGRAM: 01       BYE: 04/02/05
LTRN: 01
LAST 30 DAY/240 HOUR EMPLOYER
SWALES & ASSOCIATION INC
5050 POWDER MILL RD.
BELTSVILLE             MD   20705 1913

YOU ARE HEREBY NOTIFIED THAT BASED ON FACTS OBTAINED IN CONNECTION WITH YOUR CLAIM FOR UNEMPLOYMENT COMPENSATION FILED ON 04/04/04 THE UNDERSIGNED DEPUTY PURSUANT TO SECTION 60.2-618(2) OF THE VIRGINIA UNEMPLOYMENT COMPENSATION ACT (AS SHOWN ON BACK) RENDERS THE FOLLOWING DETERMINATION:

CLAIMANT DISQUALIFIED EFFECTIVE 04/04/04

THE ABOVE EMPLOYER DISCHARGED YOU FROM YOUR JOB AS A SENIOR STRUCTURAL ENGINEER DUE TO MISCONDUCT AND INSUBORDINATION.  SPECIFICALLY, THE EMPLOYER REQUESTED YOU ATTEND MEETINGS WITH THE PROJECT MANAGER ON TWO OCCASIONS AND YOU DID NOT ATTEND NOR DID YOU ADVISE ANYONE THAT YOU WOULD BE UNABLE TO ATTEND THE MEETINGS.

YOU ACKNOWLEDGED BEING DISCHARGED.  HOWEVER, YOU STATED THAT THE EMPLOYER FOUND DISTORTED MEETINGS TO DISCHARGE YOU.  YOU STATED THAT YOU HAD COMPLAINED OF A HOSTILE WORK ENVIRONMENT AND FELT THAT YOU WERE BEING PRESSURED TO STOP THE COMPLAINTS.

THE VIRGINIA UNEMPLOYMENT COMPENSATION ACT PROVIDES THAT AN INDIVIDUAL SHALL BE DISQUALIFIED IF IT IS FOUND THAT HE WAS DISCHARGED AS A RESULT OF MISCONDUCT IN CONNECTION WITH WORK.  MISCONDUCT EXISTS WHEN IT IS SHOWN THAT THERE WAS A WILLFUL, OR SUBSTANTIAL DISREGARD OF THE EMPLOYER'S INTERESTS OR STANDARDS OF BEHAVIOR THAT THE EMPLOYER HAS THE RIGHT TO EXPECT OF HIS EMPLOYEE.

THE EVIDENCE PRESENTED INDICATED THAT YOU DID NOT ATTEND THE MEETINGS AS REQUESTED BY THE EMPLOYER. YOUR ACTIONS WERE IN SUBSTANTIAL DISREGARD OF THE DUTIES AND OBLIGATIONS OWED THE EMPLOYER. THEREFORE, A FINDING OF MISCONDUCT IN CONNECTION WITH WORK IS WARRANTED AND YOU ARE DISQUALIFIED FOR BENEFITS.

Exhibit 3
Page 1 of 1

D. LEGER  DEPUTY, VIRGINIA EMPLOYMENT COMMISSION

IF YOU DISAGREE WITH THIS DECISION, YOU HAVE THE RIGHT TO FILE AN APPEAL.  YOUR APPEAL RIGHTS ARE EXPLAINED ON THE REVERSE OF THIS FORM.  PLEASE READ THEM CAREFULLY.