EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [X] FEPA | |
| [X] EEOC | 121-2005-00090 |

Virginia Council On Human Rights   and EEOC
*State or local Agency, if any*

**Name** (Indicate Mr., Ms., Mrs.): Mr. Vasyl M. Harik
**Home Phone No.** (Incl Area Code): (757) 253-2547
**Date of Birth**: 10-05-1964

**Street Address / City, State and ZIP Code**: 300-C Richardson Run Williamsburg, VA 23188

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: SWALES AEROSPACE
**No. Employees, Members**: 500 or More
**Phone No.**: (757) 864-9857

**Street Address / City, State and ZIP Code**: 1224t11 N. Wright Street, M.S. 186A, Hampton, VA 23681

**DISCRIMINATION BASED ON** (Check appropriate box(es)):
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 09-01-2002    Latest: 04-05-2004
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I. I began my employment with the above named employer in June 2002 in the position of Senior Structural Engineer. I was assigned to work on their SAMS Contract with NASA Langley Research Center at the NASA facility. Beginning on or about September 1, 2002 and throughout my employment, I was subject to offensive comments regarding my national origin by a NASA government employee. I continuously made my superiors aware of this problem, but to my knowledge no action was taken and it continued. Consequently, I made a formal complaint to the NASA Langley EEO Office in March 2003 and also a formal complaint with my employer's Human Resource Office in February 2004. On April 5, 2004, I was discharged.

II. The NASA Langley EEO advised that since I was not their employee, they could take no action. Andrew Srokowski, SAMS Program Manager, signed a letter dated April 5, 2004 which states that I was being discharged for gross misconduct.

III. I believe I was harassed because of my national origin, Ukranian/Russian and was discharged because of my national origin and in retaliation for complaining of discrimination, all in violation of Title VII of the Civil Rights Act of 1964, as amended and the Virginia Human Rights Act, VA Code 2.2-3900.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

Oct 14, 2004
*Date*     *Charging Party Signature* V. Harik

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)