National Aeronautics and
Space Administration

**Langley Research Center**
100 NASA Road
Hampton, VA  23681-2199

June 8, 2004



Reply to Attn of:  478

TO: Vasyl Michael Harik

FROM: 478/EEO Counselor, Office of Equal Opportunity Programs

SUBJECT: Notice of Right to File Formal Complaint

At your initial counseling session on March 18, 2004, you were informed of the need to conduct a limited inquiry to gather information on the following jurisdictional question: whether you, as a contingent worker, were an "employee" of the Agency within the meaning of the Federal Sector EEO process. Based on our analysis, jurisdiction does not appear to be supported after consideration of the 15 factors in the enclosed Contingent Worker Determination. If you disagree with our recommendation of May 14, 2004, you have the right to file a formal complaint of discrimination which will result in a review and further processing by NASA HQ, Code E.

If you believe you have been discriminated against on the basis(es) of race, color, religion, sex, national origin, age, handicap, and/or reprisal for prior EEO activity, you have the right to file a COMPLAINT OF DISCRIMINATION WITHIN 15 CALENDAR DAYS AFTER RECEIPT OF THIS NOTICE. The complaint must be in writing, signed and filed in person or by mail with the following official:

> Brenda Manuel-Alexander, Director
> Discrimination Complaints Division (Code EC)
> Office of Equal Opportunity Programs
> NASA Headquarters
> 300 E Street, SW
> Washington, DC  20546-0001

Your complaint shall be deemed timely if it is received or postmarked before the expiration of the 15-day filing period, or, in the absence of a legible postmark, your complaint shall be deemed timely if it is received by mail within 5 days of the expiration of the filing period.

FAILURE TO FILE DIRECTLY WITH THE NASA HEADQUARTERS DISCRIMINATION COMPLAINTS DIVISION COULD DELAY THE PROCESSING OF YOUR COMPLAINT AND/OR RESULT IN ITS DISMISSAL.

The formal complaint must specify the issues or claims which form the basis(es) for the complaint. The complaint should also state whether you have filed a grievance or an appeal under a negotiated grievance procedure or an appeal to the Merit System Protection Board (MSPB) on the same matter, including the date you filed in any other forum. This information is necessary for the Agency to determine whether your complaint is appropriate for processing under 29 C.F.R. Part 1614.

In age discrimination cases, if you elect to bypass the administrative process and file a civil action directly in U.S. District Court or other court of competent jurisdiction, you must, within 180 calendar days of the date the alleged discrimination occurred, file a written notice of intent to file a civil action with the Equal Employment Opportunity Commission (EEOC), Office of Federal Operations, Federal Sector Programs, P.O. Box 19848, Washington, DC 20036. Once a written notice of intent to file a civil action has been filed with the EEOC, you must then wait at least 30 calendar days before filing the civil action in an appropriate U.S. District Court or other court of competent jurisdiction. If you elect to pursue your age discrimination complaint through the administrative process, you may not file a civil action until all administrative remedies have been exhausted.

If you retain an attorney or any other person as a representative, you must notify the Director, Discrimination Complaints Division, Office of Equal Opportunity Programs. To facilitate this notification to NASA, a Privacy Act Release form has been enclosed with this correspondence for your use. This form need only be submitted if you file a discrimination complaint. If you file a complaint, you and/or your representative will receive written acknowledgement of its receipt.

Janet E. Sellars
Equal Employment Opportunity Counselor

Enclosures

National Aeronautics and Space Administration

# Complaint of Discrimination

(Based on age, race, color, religion, sex, national origin physical or mental handicap or retaliation.)

| 1. COMPLAINANT'S FULL NAME | 2a. HOME PHONE NO. (include area code) | 2b. WORK PHONE NO. (include area code) |
|---|---|---|
| 3. HOME STREET ADDRESS (P.O. Box or RD number) | 4. CITY AND STATE (include ZIP code) | |
| 5. NAME OF REPRESENTATIVE | 6. ADDRESS OF REPRESENTATIVE | |

**7. NASA OFFICE YOU BELIEVE DISCRIMINATED AGAINST YOU**

| a. NAME OF OFFICE | b. ADDRESS (street name and number, city state, and ZIP code) |
|---|---|

**8. EMPLOYMENT DATA**

| a. NOW WORKING IN THE FEDERAL GOVERNMENT<br>☐ (1) YES (if checked, complete items 8b through 8d)<br>☐ (2) NO (if checked, continue in item 9) | b. AGENCY NAME (include your organizational designation, job title and grade) |
|---|---|
| c. STREET ADDRESS | 4. CITY AND STATE (include ZIP code) |

| 9. DATE MOST RECENT ALLEGED DISCRIMINATION TOOK PLACE | a. MONTH | b. DAY | c. YEAR |
|---|---|---|---|

**10. REASON WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST**

| a. BECAUSE OF AGE (specify) | e. BECAUSE OF SEX (specify) |
|---|---|
| b. BECAUSE OF RACE (specify) | f. BECAUSE OF NATIONAL ORIGIN (specify) |
| c. BECAUSE OF COLOR (specify) | g. BECAUSE OF PHYSICAL OR MENTAL HANDICAP (specify) |
| d. BECAUSE OF RELIGION (specify) | h. BECAUSE OF RETALIATION (specify) |

11. EXPLAIN HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST (treated differently from other employees or applicants) BECAUSE OF AGE, RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, PHYSICAL OR MENTAL HANDICAP OR RETALIATION (Continue on another sheet if more space is needed)

12. HAVE YOU FILED A GRIEVANCE (negotiated or agency) OR APPEALED TO MSPB ON THIS MATTER(S)?   ☐ (a) YES   ☐ (b) NO

13. I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR (see instructions)
☐ (a) YES   ☐ (b) NO   NAME OF COUNSELOR (if item 13a is checked) _____

14. CORRECTIVE ACTION YOU WANT TAKEN ON YOUR COMPLAINT

| 15. SIGNATURE OF COMPLAINANT OR DESIGNATED REPRESENTATIVE | DATE OF COMPLAINT (month, day, year) |
|---|---|

NASA FORM 1355 MAY 2000 PREVIOUS EDITIONS ARE OBSOLETE.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION

PRIVACY ACT RELEASE
AND
DESIGNATION OF EEO COMPLAINT REPRESENTATIVE

**DIRECTIONS:** If you wish to authorize your EEO complaint representative to receive all relevant documents during the processing of your complaint, fill in the form below, have it notarized, and return it to:

    Ms. Brenda Manuel-Alexander, Director
    Discrimination Complaints Division
    NASA Headquarters
    Code EC
    Washington, DC 20546

I designate _____
           Name                            Address

_____

to serve as my representative during the processing of my EEO complaint. I authorize him/her to receive all relevant information from my complaint file, including copies of letters addressed to me, and copies of documents (such as reports of investigations) which might otherwise be protected by the Privacy Act of 1974 (as amended). This authorization will remain in effect until I notify you in writing that it is cancelled.

_____

Name (Print)

_____

Signature                            Date

THIS FORM MUST BE NOTARIZED