UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. Vasyl Michael Harik,

    Plaintiff,

vs.    :    Civil Action No.: 05-CV-1390 RMC

National Aeronautics and Space
Administration,

    Defendant,

MOTION

This motion involves a Title VII employment discrimination suit brought by Dr. Vasyl Michael Harik ("Plaintiff") against National Aeronautics and Space Administration ("Defendant"). Currently pending before the Court is the response of the Defendant to the Complaint (due on October 14, 2005). The Defendant's response was transmitted to the Plaintiff only on November 1, 2005, after a Plaintiff's request and an inquiry.

The Plaintiff requests:

1. That the Court postpones the current due date (November 3, 2005) for the Plaintiff's response to the Defendant's reply until November 15, 2005. The Defendant has agreed to this adjustment to the date for the Plaintiff's response.

2. That the Clerk of the Court, please, make an inquiry concerning the absence of the Plaintiff's copy of the Defendant's reply.

    Respectfully submitted,

__November 1, 2005__       __V. M. Harik__
Date       Dr. Vasyl Michael Harik
     Plaintiff