UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VASYL MICHAEL HARIK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL AERONAUTICS AND SPACE )<br>    ADMINISTRATION, )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-1390 (RMC) |

**DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS
OR IN THE ALTERNATIVE TO TRANSFER**

Defendant, the National Aeronautics and Space Administration, respectfully files this reply memorandum in support of its motion to dismiss this case, or in the alternative, to transfer. *Pro se* Plaintiff's opposition repeats many times that "[t]here is factual evidence" to support his various factual assertions, yet he fails to produce any such evidence whatsoever. Therefore, the Court should disregard Plaintiff's factual assertions on that basis alone. Nor does Plaintiff dispute any of the evidence Defendant produced to support the conclusion that Plaintiff was not an employee of the federal government but was instead a contract employee and thus ineligible to bring Title VII claims against the government. Moreover, even if his factual allegations were true (and they are not), they would still not defeat the conclusion that he worked as a contract employee.

Plaintiff makes no legal arguments *per se*, even though he hints at a few, while citing no legal authorities for his positions. For example, he implies that venue is proper here in D.C. because of NASA Headquarter's alleged role in creating agency "culture problems," refusing to

investigate his complaints, and making various misrepresentations.  Even if these claims had any merit, they would not provide any support for venue in D.C.

    Therefore, the Court should dismiss the case, or in the alternative, transfer the case pursuant to 28 U.S.C. 1404.

November 21, 2005                                       Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

2

## CERTIFICATE OF SERVICE

     I certify that the foregoing Defendant's Reply in Support of Motion to Dismiss or in the Alternative to Transfer was served upon *pro se* plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

VASYL MICHAEL HARIK
P.O. Box 5606
Newark, DE 19714-5606

on this 21st day of November, 2005.

 

ALAN BURCH
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov