Clerk's Office
United States District Court
for the District of Columbia
Washington, D.C. 20001

April 11, 2006

RECEIVED
CLERK'S OFFICE

2006 APR 13 P 1: 38

NEWPORT NEWS, VA

Clerk's Office
United States District Court for the
Eastern District of Virginia
U.S. Postal Office
& Courthouse Building
101 25th Street
P.O. Box 494
Newport News, VA 23607

Re: 05cv1390 (RMC), <u>HARIK v. NATIONAL AERONAUTICS AND SPACE ADMINISTRATION</u>

Dear Clerk:

On March 16th, 2006, this Court signed an order transferring the above-entitled case to your Court. Enclosed is a copy of that order, case file, and a certified copy of the docket entries.

Please acknowledge receipt of our file on the duplicate copy of this letter indicating your case number and return it to me in the self-addressed, stamped envelope.

Your attention to this matter is greatly appreciated.

Sincerely,

NANCY MAYER-WITTINGTON, CLERK

By _____

CASE # 4:06cv56

*[signature]*
Deputy Clerk
4/14/06

RECEIVED
APR 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT